**From:** Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>
**Sent:** Wednesday, May 14, 2025 1:59 PM
**To:** dwelch@loraincounty.us <dwelch@loraincounty.us>; Christie Messinger <Christie@ds-worldwide.net>; Rebecca Pearson <rpearson@loraincounty.us>
**Subject:** RE: Tyler New World Decision Support

Dave,

Thank you for sharing that interesting story! While I'm not entirely sure how it fits into our discussion about the product and its capabilities, I'm sure it's valuable in its own way.

With all due respect, I have extensive experience in public safety environments of various sizes and complexities, and I'm well-versed in CJIS/LEADS security control requirements. Your suggestion to focus on the Prosecutor's and Sheriff's Office and their IT resources is noted, though my request is aimed at assisting another agency within the County.

Christie, thank you for the email to Lt. Smith. It is appreciated.  I made contact through a long-time friend at LPD, Lt. Camarillo, about the time you sent that. He shared the IBR documents with me. I also reached out to the state for updated documents and will receive those when released later this month/early next month. I believe this team receives those as well but can forward on when I do receive them if you like.  I told Lt. Smith I would circulate to him to ensure he has that information but believe he receives them independently.

As mentioned, I want to determine what data elements are being captured in the modules in use of the Tyler New World instance. I talked with EPD and was able to learn some detail but will explore that more next week.  Anything that can be shared will be helpful in that regard.

Thank you to everyone in advance 😊.

Regards,



Billie Jo Belcher, Esq., CIPP-E, CISSP
Chief of Staff
Lorain County, Ohio Prosecutor's Office
225 Court Street. 3rd Floor
Elyria, Ohio 44035
(440) 329-5389

*Admitted to practice in Florida and Ohio

---

**From:** Dave Welch <dwelch@loraincounty.us>
**Sent:** Wednesday, May 7, 2025 9:02 PM
**To:** Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>; Christie Messinger <Christie@ds-worldwide.net>; Rebecca Pearson <rpearson@loraincounty.us>
**Subject:** Re: Tyler New World Decision Support

Billie Joe,

In my experience in 35 years in IT, no application is perfect.

That said Christie and I and the team at 911 have built up New World the last six years with a focus on efficiency, redundancy, and compliance. With the additional focus of ease of use and accommodating the first responder agency's needs.

I know you are new to Lorain County and the complexity of the 911 environment. We are happy to work with you and share knowledge and with any initiatives you might have.  I suggest, humbly, that little  bit more is discovered  specifically around the Prosecutors office and the Sheriffs department and what has been put into New World and other applications like Matrix, based on careful decision-making and in alignment with with Leads/NCIC state requirements.

Please let us know how we can help with your endeavors in any of these areas, we are always happy to work with the entities to develop better systems.

Thank you

Dave Welch
IT Supervisor
Lorain County Commissioners / 911 Communications Center
Ph: 440-329-5326
dwelch@loraincounty.us

---

**From:** Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>
**Sent:** Wednesday, May 7, 2025 7:27:13 AM
**To:** Christie Messinger <Christie@ds-worldwide.net>; Dave Welch <dwelch@loraincounty.us>; Rebecca Pearson <rpearson@loraincounty.us>
**Subject:** RE: Tyler New World Decision Support

Happy Wednesday!

I appreciate everyone's help but will have to agree to disagree on that topic of the product not supporting state reporting.  Do you have a data dictionary for New World please?

Regards,

Billie Jo Belcher, Esq., CIPP-E, CISSP
Chief of Staff
Lorain County, Ohio Prosecutor's Office
225 Court Street. 3rd Floor
Elyria, Ohio 44035
(440) 329-5389

*Admitted to practice in Florida and Ohio

---

**From:** Christie Messinger <Christie@ds-worldwide.net>
**Sent:** Tuesday, May 6, 2025 10:15 AM
**To:** Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>; dwelch@loraincounty.us; Rebecca Pearson <rpearson@loraincounty.us>
**Subject:** Re: Tyler New World Decision Support

Tyler is a great product. We just extract and submit to the state through our normal process. We actually reduce a step in this process

Either way. If we can help let us know.


Christie Messinger, MBA
B4 Health Management, LLC
159 Crocker Park Blvd
Westlake, OH. 44145
Ph: 318.547.8590

---

**From:** Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>
**Sent:** Tuesday, May 6, 2025 8:56 AM
**To:** Christie Messinger <Christie@ds-worldwide.net>; dwelch@loraincounty.us <dwelch@loraincounty.us>; Rebecca Pearson <rpearson@loraincounty.us>
**Subject:** RE: Tyler New World Decision Support

Wow, just wow! So I understand the vendor that you pay a lot of money to can't even customize NIBRS reporting to meet state standards? As former vendor counsel, I know how much work that is but our products supported customized state reporting.

Thank you for that information. I will get in touch with LPD for those questions.

Regards,

Billie Jo Belcher, Esq., CIPP-E, CISSP
Chief of Staff
Lorain County, Ohio Prosecutor's Office
225 Court Street. 3rd Floor
Elyria, Ohio 44035
(440) 329-5389

*Admitted to practice in Florida and Ohio

---

**From:** Christie Messinger <Christie@ds-worldwide.net>
**Sent:** Tuesday, May 6, 2025 8:38 AM

**To:** Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>; dwelch@loraincounty.us; Rebecca Pearson <rpearson@loraincounty.us>
**Subject:** Re: Tyler New World Decision Support

The way we report to IBR is strictly through file upload. Lt Smith Lorain has it down to a science. We don't report from New World as they are coded to NIBR.  We have customized mobile templates at lorain and can copy those into any agency. It cuts down drastically the need to complete the LERMS side. Hope this helps

Christie Messinger, MBA
B4 Health Management, LLC
159 Crocker Park Blvd
Westlake, OH. 44145
Ph: 318.547.8590

---

**From:** Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>
**Sent:** Tuesday, May 6, 2025 8:26 AM
**To:** Christie Messinger <Christie@ds-worldwide.net>; dwelch@loraincounty.us <dwelch@loraincounty.us>; Rebecca Pearson <rpearson@loraincounty.us>
**Subject:** RE: Tyler New World Decision Support

Christie,

These would likely be custom reports. Do you have a data dictionary for New World and/or do you know what fields are being reported for OIBRS?

Regards,

Billie Jo Belcher, Esq., CIPP-E, CISSP
Chief of Staff
Lorain County, Ohio Prosecutor's Office
225 Court Street. 3rd Floor
Elyria, Ohio 44035
(440) 329-5389

*Admitted to practice in Florida and Ohio

---

**From:** Christie Messinger <Christie@ds-worldwide.net>
**Sent:** Tuesday, May 6, 2025 8:24 AM
**To:** Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>; dwelch@loraincounty.us; Rebecca Pearson <rpearson@loraincounty.us>
**Subject:** Re: Tyler New World Decision Support

There are multiple reports already built

Christie Messinger, MBA
B4 Health Management, LLC
159 Crocker Park Blvd
Westlake, OH. 44145
Ph: 318.547.8590

**From:** Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>
**Sent:** Tuesday, May 6, 2025 7:40 AM
**To:** Christie Messinger <Christie@ds-worldwide.net>; dwelch@loraincounty.us <dwelch@loraincounty.us>; Rebecca Pearson <rpearson@loraincounty.us>
**Subject:** RE: Tyler New World Decision Support

Christie and Dave,

Happy Tuesday and thank you! No issues currently but needed to know as part of a project.  Have a great day!

Regards,

Billie Jo Belcher, Esq., CIPP-E, CISSP
Chief of Staff
Lorain County, Ohio Prosecutor's Office
225 Court Street. 3rd Floor
Elyria, Ohio 44035
(440) 329-5389

*Admitted to practice in Florida and Ohio

---

**From:** Christie Messinger <Christie@ds-worldwide.net>
**Sent:** Monday, May 5, 2025 11:26 PM
**To:** dwelch@loraincounty.us; Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>; Rebecca Pearson <rpearson@loraincounty.us>
**Subject:** Re: Tyler New World Decision Support

Yes all do and we are expanding to the DTF.  Is there a question or function that you are having issues with?


Christie Messinger, MBA
B4 Health Management, LLC
159 Crocker Park Blvd
Westlake, OH. 44145
Ph: 318.547.8590

---

**From:** Dave Welch <dwelch@loraincounty.us>
**Sent:** Monday, May 5, 2025 10:20 PM
**To:** Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>; Rebecca Pearson <rpearson@loraincounty.us>
**Cc:** Christie Messinger <Christie@ds-worldwide.net>
**Subject:** Re: Tyler New World Decision Support

I have never heard of those things, but I'm just a network guy. Probably best to include Christie on all inquiries as she is our New World analyst.

Christie, do you have any answers to offer here? Thank you.

Dave Welch
IT Supervisor
Lorain County Commissioners / 911 Communications Center
Ph: 440-329-5326
dwelch@loraincounty.us

**From:** Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>
**Sent:** Monday, May 5, 2025 4:35 PM
**To:** Dave Welch <dwelch@loraincounty.us>; Rebecca Pearson <rpearson@loraincounty.us>
**Subject:** Tyler New World Decision Support

Happy Monday!

Do agencies using New World have access to New World Decision support and/or other crime analytics tools please?

Regards,

Billie Jo Belcher, Esq., CIPP-E, CISSP
Chief of Staff
Lorain County, Ohio Prosecutor's Office
225 Court Street. 3rd Floor
Elyria, Ohio 44035
(440) 329-5389

*Admitted to practice in Florida and Ohio

This electronic mail transmission, including any attachments, is confidential and may contain legally privileged information from the Lorain County Prosecutor's Office. It is intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this transmission in error, please destroy it and notify me by telephone immediately.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This electronic mail transmission, including any attachments, is confidential and may contain legally privileged information from the Lorain County Prosecutor's Office. It is intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this transmission in error, please destroy it and notify me by telephone immediately.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This electronic mail transmission, including any attachments, is confidential and may contain legally privileged information from the Lorain County Prosecutor's Office. It is intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this transmission in error, please destroy it and notify me by telephone immediately.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This electronic mail transmission, including any attachments, is confidential and may contain legally privileged information from the Lorain County Prosecutor's Office. It is intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this transmission in error, please destroy it and notify me by telephone immediately.