**From:** Billie Jo Belcher <billiejo.belcher@lcprosecutor.org>
**To:** Christie Messinger <christie@ds-worldwide.net>
**Cc:** Sheriff Jack Hall <jhall@loraincountysheriff.com>, James Welsh <welsh@cityofelyria.org>, Tony Cillo <tony.cillo@lcprosecutor.org>
**Subject:** Lorain Police Department AVL Logs July 2025
**Date:** Thu, 31 Jul 2025 19:05:31 +0000
**Importance:** Normal

---

Ms. Messinger,

I am requesting all AVL logs for the Lorain Police Department's cruisers for July 2025.  Both Sheriff Hall and Chief Welsh's agencies as well as this Office are investigating the attack on the Lorain Police Officers on July 24, 2025.  This information is critical to the investigation. Please provide this information immediately.   Thank you.

Regards,

Billie Jo Belcher, Esq., CIPP-E, CISSP
Chief of Staff
Lorain County, Ohio Prosecutor's Office
225 Court Street. 3rd Floor
Elyria, Ohio 44035
(440) 329-5389

*Admitted to practice in Florida and Ohio

This electronic mail transmission, including any attachments, is confidential and may contain legally privileged information from the Lorain County Prosecutor's Office. It is intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this transmission in error, please destroy it and notify me by telephone immediately.



EXHIBIT

E

## Michael Failing

**From:** Christie Messinger <Christie@ds-worldwide.net>
**Sent:** Monday, August 4, 2025 10:06 AM
**To:** Failing, Mike <Mike_Failing@cityoflorain.org>
**Subject:** Fw: Lorain Police Department AVL Logs July 2025

**Warning: Unusual sender** <christie@ds-worldwide.net>
You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.



**Christie Messinger,** *President*
***B4 Health Management, LLC***
C: (318) 547-8590
Web: ds-worldwide.net

*"Serving our First Responders is an Honor"*

**From:** Christie Messinger <Christie@ds-worldwide.net>
**Sent:** Thursday, July 31, 2025 4:21 PM
**To:** mike_failing@cityoflorain.org <mike_failing@cityoflorain.org>
**Cc:** kscholl <kscholl@loraincounty.us>; rberner@loraincounty.us <rberner@loraincounty.us>
**Subject:** Fw: Lorain Police Department AVL Logs July 2025

Chief,

   Good afternoon. I hope you are doing well. The Prosecutor's office has requested that all AVL logs be handed over to the Prosecutor. I have been working with the EPD investigators who I understand are investigating the case. Could you provide direction on who requesting information should be provided with your data so we have clear direction moving forward?

I would greatly appreciate the direction. We want to support you in every way and want you to know we continue to Stand with you and the Lorain Police Department.

Thank you,
Christie Messinger



**Christie Messinger,** *President*
***B4 Health Management, LLC***
C: (318) 547-8590
Web: ds-worldwide.net

**From:** Christie Messinger <Christie@ds-worldwide.net>
**To:** "Nathan E. Hessler" <nehessler@wegmanlaw.com>
**Subject:** Fw: Lorain Police Department AVL Logs July 2025
**Date:** Tue, 10 Mar 2026 02:58:30 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image.png; Outlook-c2xrg55l.png

---

popping this to the top of your email



**Christie Messinger,** *President*
*B4 Health Management, LLC*
C: (318) 547-8590
Web: ds-worldwide.net

*"Serving our First Responders is an Honor"*

**From:** Christie Messinger <Christie@ds-worldwide.net>
**Sent:** Monday, September 8, 2025 1:26 PM
**To:** Nathan E. Hessler <nehessler@wegmanlaw.com>
**Subject:** Fw: Lorain Police Department AVL Logs July 2025



**Christie Messinger,** *President*
*B4 Health Management, LLC*
C: (318) 547-8590
Web: ds-worldwide.net

*"Serving our First Responders is an Honor"*

**From:** Failing, Mike <Mike_Failing@cityoflorain.org>
**Sent:** Monday, August 4, 2025 10:09 AM
**To:** Christie Messinger <Christie@ds-worldwide.net>
**Subject:** RE: Lorain Police Department AVL Logs July 2025

Christie,

Sorry for the late response, I spoke with Dan Smith on Thursday and advised him to turn over the AVL to Chief Welsh. The Chief can then send it out to everyone else who wants it, but as far as I am concerned, he is in charge of the investigation and whoever he coordinates with is his prerogative.