

# SHERIFF JACK M. HALL

## LORAIN COUNTY SHERIFF'S OFFICE

9896 MURRAY RIDGE ROAD - ELYRIA, OHIO 44035

September 5, 2025

TO:      LORAIN COUNTY 911 and B4 Health Management, LLC in its capacity as consultant to Lorain County 911

FROM:    SHERIFF JACK M. HALL

RE:      PUBLIC RECORDS REQUEST

Pursuant to Ohio Revised Code Section 149.43 – the Public Records Act (the "Act"), the Lorain County Sheriff's Office demands the following records to be relinquished to this office within a reasonable amount of time:

1. All written and electronic (email, text documents, etc..) correspondence between Robert Berner and any person or entity as related to the September 4, 2025 email to Sheriff Jack M. Hall entitled, "Conflict of Interest." The requesting period is from January 6, 2025 through September 5, 2025.

2. All written and electronic correspondence (email, text documents, etc..) between Robert Berner and any person or entity involving, specifically documenting the names of the persons Billie Jo Belcher and Christie Messinger. The requesting period is from January 6, 2025 through September 5, 2025.

3. The written and electronic correspondence (email, text documents, etc..) authored and received by consultant Christie Messinger which include the following keyword search parameters of files – including emails from any and all electronic devices utilized by Messinger in her current or prior contractual capacity with Lorain County as she engages in functional equivalent tasks of the public office – Lorain County 911. The requesting period is from January 6, 2025 through September 5, 2025.
   - Keyword – Billie, Billie Jo or Billie Jo Belcher
   - Keyword – cloud or cloud migration
   - Keyword – VINE or victim notification

Your prompt attention to this matter is appreciated. To avoid delays in response, please feel free to contact me in writing regarding clarification of any request herein.

In your service,

Sheriff Jack M. Hall

**EXHIBIT**

F