**From:** Sheriff Jack Hall <jhall@loraincountysheriff.com>
**Sent:** Wednesday, September 24, 2025 12:10 PM
**To:** rberner@loraincounty.us <rberner@loraincounty.us>; Karen Perkins <Kperkins@loraincounty.us>; Jeff Armbruster <jarmbruster@loraincounty.us>; Christie Messinger <Christie@ds-worldwide.net>
**Cc:** Tony Cillo <tony.cillo@lcprosecutor.org>; BillieJo.Belcher@lcprosecutor.org <BillieJo.Belcher@lcprosecutor.org>; Leigh Prugh <leigh.prugh@lcprosecutor.org>; Chief Deputy Tanya Czack <TCzack@loraincountysheriff.com>
**Subject:** Public Records Request - Lorain County 911

Director Berner,

This notice shall serve as confirmation of my request of records to Lorain County 911 and B4 Health Management LLC (performing functions as a government entity) which was served upon you in person.

As I have a history with your office of public records requests, I wish to remind you that it is the responsibility of your public office to comply with my public records request in a timely manner. Pending legal review of documents by the Lorain County Prosecutor, you must comply with my request in such a manner.

It has come to my attention from conversations with Administrator Armbruster that he would like to discuss with me the scope and purpose of my inquiry which we will do this week. However, I did not make the records request of Administrator Armbruster – I made the request of you as the Director of Lorain County 911.

I want to be very clear, I HAVE NO INTENTIONS TO WITHDRAWAL MY REQUEST THAT WAS SERVED UPON YOU AND THAT YOU STATED YOU WOULD FORWARD TO MS. MESSINGER. My upcoming conversations with Mr. Armbruster are not intended to hone, modify or withdrawal my public records request. The purpose of my meeting with him is to discuss your leadership of Lorain County 911 and the professional relationship you share with B4 Health Management and Ms. Messinger.

As you were eager to share with me documents authored by Ms. Messinger, I feel you provided her a copy of my request as you advised me you would. If I am mistaken in this assumption, please advise me.

The purpose of the records I requested is to confirm or dispel an inquiry my office is making into Lorain County 911, your role as director and the contractual relationship between B4 Health Management, LLC and Lorain County – a contract in which you manage. Additionally, serious allegations into an ethics and criminal complaint were alleged by Ms. Messinger which is being evaluated by my office as well.

Ms. Messinger – you have an obligation under the Ohio Public Records Act to furnish the records I have requested. Several Ohio Attorneys General have opined that private businesses that perform the functions of government offices are considered public offices. Therefore, my public records request of B4 Health Management, LLC falls within the purview of Ohio's Public Records Act and your company is bound to comply with the Act.

I would expect my requests to be complied with pursuant to the Act by 4:00 p.m. this Friday – September 26, 2025. Failure to comply will result in my pursuit of other legal remedies to ensure your compliance.

In your service,

Sheriff Hall



**EXHIBIT**

tabbies

G

1



**SHERIFF JACK M. HALL**

**LORAIN COUNTY SHERIFF'S OFFICE**
9896 MURRAY RIDGE ROAD - ELYRIA, OHIO 44035

**PHONE: 440-329-3702 | FAX: 440-329-3792**
**Email: jhall@loraincountysheriff.com**

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This electronic mail transmission, including any attachments, is confidential and may contain legally privileged information from the Lorain County Prosecutor's Office. It is intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this transmission in error, please destroy it and notify me by telephone immediately.