

Nathan E. Hessler
Managing Partner
nehessler@wegmanlaw.com
p 216.642.3342
f 216.642.8826

September 25, 2025

VIA EMAIL rberner@loraincounty.us
AND REGULAR MAIL

Rob Berner, Director
Lorain County 911
226 Middle Avenue
Elyria, OH 44035

**Re:    *Lorain County Sheriff's Office Public Records Request***

Director Berner,

This office serves as legal counsel to B4 Health Management, LLC ("B4 Health") and in that capacity I have been asked to contact you to coordinate the handling of the above referenced matter.  A copy of the public records request submitted by the Lorain County Sheriff's Office dated September 5, 2025 (the "Request"), is attached.

The Lorain County Board of County Commissioners is the public office responsible for responding to the Request.  B4 Health is an independent contractor that provides services in connection with the Lorain County Emergency 911 according to the terms of a contract in place between B4 Health and the Lorain County Board of County Commissioners. B4 Health recognizes that certain obligations to produce public records may exist under applicable law as a contractor supporting a governmental or quasi-governmental function and is willing to fully cooperate in responding to the Request. Please let me know if there is disagreement with the identification of the public office responsible for responding to the Request and how B4 Health can assist the Lorain County Board of County Commissioners in responding.

Ascertaining what constitutes a public record and/or determining whether an exemption or prohibition from disclosure exists under applicable law requires a legal determination.  Section 149.43 of the Ohio Revised Code includes many examples of records or communications that do not constitute "Public Records" or for which disclosure to the public is prohibited. This office is willing to coordinate on behalf of B4 Health with whomever you might direct so that prior to the disclosure of potentially responsive information that may be in the possession of B4 Health, the production of information is reviewed by legal counsel on behalf of the Lorain County Board of County Commissioners and the appropriate legal determinations are made.

**EXHIBIT**

H

6055 Rockside Woods Boulevard N., Suite 200, Cleveland, OH 44131
www.wegmanlaw.com

Business Services.  Intellectual Property.  Litigation.  Family Law.  Trusts & Estates.

Rob Berner, Director
Lorain County 911
September 25, 2025
Page 2

Under Ohio law, a county prosecutor typically serves as legal counsel for its county commissioners.  However, in this instance, the Lorain County Prosecutor may have a conflict of interest representing both the Lorain County Sheriff (the entity seeking public records pursuant to the Request) and the Lorain County Board of County Commissioners (the party responding to the Request).  For this reason, B4 Health is requesting that the Lorain County Board of County Commissioners review this potential conflict of interest and, if necessary, engage independent legal counsel for purposes of responding to the Request.

The concern about a potential conflict of interest is heightened in connection with the Request because the role of the Lorain County Prosecutor's Office appears to be a substantive issue as well. In an email communication dated September 24, 2025, the Lorain County Sheriff discloses that "[t]he purpose of the records I requested is to confirm or dispel an inquiry my office is making into Lorain County 911". A copy of the referenced communication is attached. It appears as if the inquiry relates to questions raised following the designation of Billie Jo Belcher, Chief of Staff for the Lorain County Prosecutor's Office, as LASO and consultant on behalf of the Lorain County Sheriff. Once again, the Lorain County Prosecutor may have a conflict of interest providing independent legal direction on matters pertaining to its personnel.

The Lorain County Emergency 911 and B4 Health need legal support to appropriately address these issues. Maintaining the integrity of and affording appropriate access to records maintained as part of Lorain County Emergency 911 should be of paramount concern. Without taking a position one way or another on the question, the appropriateness of the various roles of the Lorain County Prosecutor's Office is the issue. Accordingly, please also accept this communication as a request for independent legal direction concerning the role of the Lorain County Prosecutor's Office as LASO and consultant to the Lorain County Sheriff and the propriety of affording access to data maintained according to the inter-agency MOU.

Very truly yours,

WEGMAN HESSLER VALORE

Nathan E. Hessler

Enclosures



# SHERIFF JACK M. HALL

## LORAIN COUNTY SHERIFF'S OFFICE

9896 MURRAY RIDGE ROAD - ELYRIA, OHIO 44035

September 5, 2025

TO:       LORAIN COUNTY 911 and B4 Health Management, LLC in its capacity as consultant to Lorain County 911

FROM:    SHERIFF JACK M. HALL

RE:       PUBLIC RECORDS REQUEST

Pursuant to Ohio Revised Code Section 149.43 – the Public Records Act (the "Act"), the Lorain County Sheriff's Office demands the following records to be relinquished to this office within a reasonable amount of time:

1. All written and electronic (email, text documents, etc..) correspondence between Robert Berner and any person or entity as related to the September 4, 2025 email to Sheriff Jack M. Hall entitled, "Conflict of Interest." The requesting period is from January 6, 2025 through September 5, 2025.
2. All written and electronic correspondence (email, text documents, etc..) between Robert Berner and any person or entity involving, specifically documenting the names of the persons Billie Jo Belcher and Christie Messinger. The requesting period is from January 6, 2025 through September 5, 2025.
3. The written and electronic correspondence (email, text documents, etc..) authored and received by consultant Christie Messinger which include the following keyword search parameters of files – including emails from any and all electronic devices utilized by Messinger in her current or prior contractual capacity with Lorain County as she engages in functional equivalent tasks of the public office – Lorain County 911. The requesting period is from January 6, 2025 through September 5, 2025.
   - Keyword – Billie, Billie Jo or Billie Jo Belcher
   - Keyword – cloud or cloud migration
   - Keyword – VINE or victim notification

Your prompt attention to this matter is appreciated. To avoid delays in response, please feel free to contact me in writing regarding clarification of any request herein.

In your service,

Sheriff Jack M. Hall

BUSINESS OFFICE: 440-329-3709  |  JAIL: 440-329-3770  |  INFORMATION: www.loraincountysheriff.com