

# SHERIFF JACK M. HALL

## LORAIN COUNTY SHERIFF'S OFFICE
### 9896 MURRAY RIDGE ROAD - ELYRIA, OHIO 44035

September 30, 2025

In Re: Consultant / Vendor Access to Records of the Lorain County Sheriff's Office

Director Rob Berner
Lorain County 911
225 Burns Road
Elyria, Ohio 44035

Director Berner:

Effective this date, I am immediately suspending access to all records of the Lorain County Sheriff's Office and ORI OH47000 for B4 Health Management, LLC, Dynamic Solutions Worldwide, Inc, including any and all employees affiliated with either entity to include consultant Christie Messinger.

The above-identified entities are banned from CJI access to any and all records generated, received or transmitted by the Lorain County Sheriff's Office.

Additionally, I wish to meet with you and your staff no later than Wednesday afternoon of October 1, 2025 to confirm the necessary steps have been taken pursuant to this ban to prevent access to our records through the available administrative controls of databases under the direction of Lorain County 911.

This ban is pursuant to the authority of my office and confirmed through Ohio LEADS as I have probable cause that the above-listed entities are suspect of criminal violations of Ohio law. The basis of probable cause is drawn from an on-going investigation conducted by my office.

Thank you for your compliance with this demand.

Sheriff Jack M. Hall

Cc:     Jeff Armbruster, Lorain County Administrator
        Jeffrey Riddell, Lorain County Commissioner
        David Moore, Lorain County Commissioner
        Marty Gallagher, Lorain County Commissioner

**EXHIBIT**

I