

**B4 Health Management**

***Christie Messinger, President***
8101 Boat Club Road Suite 240
Fort Worth, Texas  76179
P:  318.547.8590

October 6, 2025

Rob Berner, Director
Lorain County 911
226 Middle Avenue
Elyria, OH 44035

**Re:**   ***Consulting Services Agreement with B4 Health Management, LLC***

Director Berner,

B4 Health Management, LLC ("B4 Health") is withdrawing from consideration of the new contract proposal to provide consulting services to Lorain County 911. I want to personally thank you for the opportunity to work as Project Manager in support of the multi-agency 911 systems for these past eight (8) years.

As you are aware, the term of the most recent Consulting Services Agreement (the "Agreement") ended June 30, 2025. Throughout the term of the Agreement B4 Health provided assessment, planning, design, execution, monitoring, and implementation services for the Board of County Commissioners (the "Board"). Preserving the efficacy of the data collection function among the fifty-one agencies participating in the Lorain County 911 has been a primary objective of B4 Health. However, with the change of administration, specifically the newly elected Prosecutor and Sheriff, new roles are being defined that make continuing under the contemplated scope of the new contract proposal untenable.

The propriety of embedding personnel within the Prosecutor's staff as LASO to the Lorain County 911 on behalf of the Sheriff without adequate definition of roles and responsibilities should be assessed to ensure legal and ethical propriety. Unfortunately, in this instance the statutorily prescribed legal counsel to make that assessment is the very Prosecutor who is pushing to define new roles for staff members under his purview. When this question was raised to Director Rob Berner by B4 Health and passed on to the Prosecutor for review, the response included multiple public records requests from the Sheriff and the initiation of investigations into B4 Health by both the Sheriff and the Prosecutor.

The scope of services under the new contract proposal is unworkable given the role of the Prosecutor and the Sheriff. B4 Health has historically attended monthly build meetings, trained end users



**EXHIBIT**

tabbies

J

on modules of the New World System, planned and tested new upgrades to ensure all modules of the program are operating correctly, managed the integrity of data in the system, and implemented 911 projects... to name a few examples of the articulated scope of work.  On September 30, 2025, B4 Health was provided with a CJI Ban letter directed from the Sheriff to the Director of Lorain County 911 (the "Ban Letter"). This Ban Letter purports to eliminate all access to records generated, received or transmitted by the Sheriff's office. It includes the assertion that B4 Health and any and all affiliated employees are suspects of criminal violations of Ohio law. The apparent nexus between these "on-going investigations" and the interconnected roles that staff members serving in concert on behalf of the Prosecutor and the Sheriff as pertains to Lorain County 911 makes it unclear how any contractor would be able to perform services under the current environment.

Notice of withdrawal from consideration is appropriate under the circumstances. B4 Health will provide an invoice on a time and material basis for the services provided in the months of July, August, and September which covers the additional time that services were provided to the Board during period when the new contract proposal review was being held up by the Prosecutor pending the outcome of yet another "investigation".

Again, thank you for the opportunity to serve the Board and Lorain County's first responders.

Respectfully,


Christie Messinger
B4 Health Management, LLC