# Lorain County Common Pleas Court

## GRAND JURY

**STATE OF OHIO**

PLAINTIFF

VS.

DEFENDANT

**TO:**    **Name and Address**

| |
|---|
| B4 Health Management, LLC<br>Attn: Christie Messinger |
| 13016 Wikel Road |
| Milan, OH 44846 |

**PRECIPE, SUBPOENA AND SHERIFF'S RETURN**

**CASE NO.**_____

| |
|---|
| Attorney   __Lorain County Prosecutor__ |
| Atty. for   __STATE OF OHIO__ |
| PHONE   *SEE CONTACT NUMBER IN DUCES TECUM* |

1.  **DUCES TECUM:** Any and all registration information, business tax records and franchise tax records for both the State of Ohio and the State of Texas
2.  All contracts and/or agreements with Lorain County for consulting services provided to Lorain County 911 for the period from 1/1/2018 until the present.
3.  Any and all invoices, vouchers and payment information submitted to or received from Lorain County for the period from 1/1/2018 until the present
4.  Proof of professional liability insurance, including policy coverage and payment information for the years 2018 to 2025
5.  Any and all contract and/or agreements with the City of Cleveland for consulting services pertaining to the Motorola Migration Project for the years 2024 and 2025
6.  Any and all invoices, vouchers and payment information submitted to or received from the City of Cleveland for the period from 1/1/2024 until the present
7.  All written and electronic (email, text and documents) correspondence between B4 Health Management, LLC and/or Christie Messinger with Lorain County employees Robert Berner, Kurt Scholl, Karen Perkins or Jeff Armbruster from January 6, 2025 through October 14, 2025. Any and all electronic devices utilized by Messinger as well as written documents are subject to this subpoena. Electronic devices utilized by Messinger shall include the following keyword searches relevant to the requested time period:
    - Keyword: Billie, Billie Jo, Belcher or Billie Jo Belcher
    - Keyword: Cloud or cloud migration
    - Keyword: CJIS
    - Keyword: VINE or victim notification

Your duty to appear will be relieved upon submitting the above said information to: Inspector Mike Massie Lorain County Sheriff's Office, 9896 Murray Ridge Road Elyria, Ohio 44035, Phone 440-329-3852, Email: mmassie@lcdtf.com Fax 440-328-7713 on or before your scheduled date and time of appearance

(DISCLOSURE OF ANY OF THIS INFORMATION TO ANY OTHER PERSON THAN THE REQUESTING LAW ENFORCEMENT AGENCY MAY JEOPARDIZE AN ON-GOING INVESTIGATION. IF COMPLIANCE WITH THIS REQUEST MAY RESULT IN A PERMANENT OR TEMPORARY TERMINATION OF SERVICE TO THIS ACCOUNT DESCRIBED ABOVE, OR OTHERWISE ALERT THE SUBSCRIBER OR USER OF THESE ACCOUNTS TO YOUR ACTION TO RELEASE THESE REFERENCED FILES AND RECORDS, PLEASE CONTACT ME BEFORE TAKING SUCH ACTION. PLEASE CALL ME IMMEDIATELY IF THESE RECORDS ARE NO LONGER AVAILABLE OR IF THERE ARE ANY PROBLEMS.)

**YOU ARE HEREBY COMMANDED** to appear before the Court of Common Pleas within and for the said County of Lorain on the \_\_\_31ᵗʰ\_\_\_ day of OCTOBER\_\_, 2025\_, at 9:00\_ o'clock A.M., and so from day to day until discharged, to testify as a witness on behalf of __THE STATE OF OHIO.__

**PLEASE REPORT TO THE GRAND JURY OFFICE AT THE JUSTICE CENTER, 225 COURT STREET, 3ᴿᴰ FLOOR, ELYRIA, OH 44035.** If you have any questions concerning this subpoena, contact the attorney whose name and phone number are listed above.

WITNESS my signature and the seal of said Court at Elyria,

Ohio, this \_\_17\_ day of \_OCTOber\_, 20 25

**TOM ORLANDO**
Clerk of the Court of Common Pleas
Lorain County, Ohio

By: _____
                          Deputy Clerk



EXHIBIT

K