

Nathan E. Hessler
Managing Partner
nehessler@wegmanlaw.com
p 216.642.3342
f 216.642.8826

October 29, 2025

VIA HAND DELIVERY

    **Re:**    ***Grand Jury Subpoena Duces Tecum***

Mr. Anthony Cillo
Lorain County Prosecutor
225 Court St. #3
Elyria, Ohio 44035

Mr. Cillo,

In responding to the subpoena issued by your office to B4 Health Management, LLC ("B4 Health"), I first note that the subpoena fails to comply with the requirements of Crim R. 17 in multiple respects. Notably, the subpoena appears to be unfiled and contains no case number or investigation referenced thereupon. Further, the subpoena is unreasonable, oppressive, and does not give B4 Health reasonable time to comply.  In some instances, the requests are vague, overbroad, unintelligible, or seem to be made merely for the purpose of harassment. B4 Health therefore objects to the subpoena and reserves all rights to have the subpoena modified or quashed.

To bring this matter to a close, and without waiving those or any other objections to the subpoena, B4 Health hereby produces documents responsive to your requests for registration information and insurance coverage as requested in sections 1 and 4 of the Duces Tecum.

As to the other requests, as we have discussed, this is information that is already in the County's possession or is easily obtainable through a public records request. Addressing the subpoena's requests 2,3,5,6, and 7, B4 Health responds as follows:

*2. All contracts and/or agreements with Lorain County for consulting services provided to Lorain County 911 for the period from 1/1/2018 until the present.*  As the County's legal representative, this information is already in your possession.

*3. Any and all invoices, vouchers and payment information submitted or received from Lorain County for the period from 1/1/2018 until the present.* Again, this information is already in your possession.

6055 Rockside Woods Boulevard N., Suite 200, Cleveland, OH 44131
www.wegmanlaw.com

Business Services.  Intellectual Property.  Litigation.  Family Law.  Trusts & Estates.

**EXHIBIT**

L

Mr. Anthony Cillo
Lorain County Prosecutor
October 29, 2025
Page 2

5. Any and all contracts and/or agreements with the City of Cleveland for consulting services pertaining to the Motorola Migration Project for the years 2024 and 2025. This information is available from the City of Cleveland through a public records request, which has already been made by the Lorain County Sheriff's Office. Further, B4 Health's contract may impose restrictions regarding sharing information between it and the City of Cleveland. Your office can directly obtain the records without requiring B4 Health to confirm with the City of Cleveland what information it is allowed to release.

6. Any and all invoices, vouchers and payment information submitted to or received from the City of Cleveland for the period from 1.1.2024 until the present. Again, the Sheriff's office has already made an even broader public records request to the City of Cleveland and that information is either already in the County's possession or soon will be.

7. All written and electronic (email, text and documents) correspondence between B4 Health Management, LLC and/or Christie Messinger with Lorain County employees Robert Berner, Kurt Scholl, Karen Perkins or Jeff Armbruster from January 6, 2025 through October 14, 2025. Any and all electronic devices utilized by Messinger as well as written documents are subject to this subpoena. Electronic devices utilized by Messinger shall include the following keyword searches relevant to the requested time period:
* Keyword: Billie, Billie Jo, Belcher or Billie Jo Belcher
* Keyword: Cloud or cloud migration
* Keyword: CJIS
* Keyword VINE or victim notification.

To the extent that this request seeks communications with Lorain County employees, the County has all of those communications in an easily searchable form.

Please confirm that this satisfies B4 Health's obligations under the subpoena or if we will need to take this up with a court through a motion to quash.

Very truly yours,

WEGMAN HESSLER VALORE

Nathan E. Hessler

Enclosures

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



**Certificate of Formation
Limited Liability Company**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 802388232 02/10/2016
Document #: 655125320002
Image Generated Electronically
for Web Filing**

## Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**B4 Health Management, LLC**

## Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**Christie    Messinger**

C. The business address of the registered agent and the registered office address is:

Street Address:
**705 Bray Central Drive, Apt. 3207   Allen  TX  75013**

### Consent of Registered Agent

☑ A. A copy of the consent of registered agent is attached. **B4 Health Management, LLCt.pdf**

**OR**

☐ B. The consent of the registered agent is maintained by the entity.

## Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

**OR**

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members.
The names and addresses of the governing persons are set forth below:

Managing Member 1 **Christie  Leigh  Messinger**                          Title: **Managing Member**

Address **6650 CR. 257    Early  TX, USA  76802**

## Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

**Organizer**

The name and address of the organizer are set forth below.

**Cheyenne Moseley**     **9900 Spectrum Drive, Austin, TX 78717**

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Cheyenne Moseley, Legalzoom.com, Inc**

Signature of Organizer

FILING OFFICE COPY

DocuSign Envelope ID: 740AECDA-EEBD-4D82-941A-B1E5196847A5

**Form 401-A**
**(Revised 12/09)**



## Acceptance of Appointment
## and
## Consent to Serve as Registered Agent
## §5.201(b) Business Organizations Code

The following form may be used when the person designated as registered agent in a registered agent filing is an individual.

---

### Acceptance of Appointment and Consent to Serve as Registered Agent

I acknowledge, accept and consent to my designation or appointment as registered agent in Texas for

**B4 Health Management, LLC**

*Name of represented entity*

I am a resident of the state and understand that it will be my responsibility to receive any process, notice, or demand that is served on me as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if I resign.

| | | |
|---|---|---|
| X: _____ 3F3CA0730175484 | Christie Messinger | 2/8/2016 |
| *Signature of registered agent* | *Printed name of registered agent* | *Date (mm/dd/yyyy)* |

---

The following form may be used when the person designated as registered agent in a registered agent filing is an organization.

---

### Acceptance of Appointment and Consent to Serve as Registered Agent

I am authorized to act on behalf of _____

*Name of organization designated as registered agent*

The organization is registered or otherwise authorized to do business in Texas. The organization acknowledges, accepts and consents to its appointment or designation as registered agent in Texas for:

*Name of represented entity*

The organization takes responsibility to receive any process, notice, or demand that is served on the organization as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if the organization resigns.

| | | |
|---|---|---|
| X: _____ | | |
| *Signature of person authorized to act on behalf of organization* | *Printed name of authorized person* | *Date (mm/dd/yyyy)* |

---



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

John B. Scott
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
# B4 Health Management, LLC

File Number  :  802388232                    Certificate / Charter forfeited  :  June 24, 2022

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.





John B. Scott
Secretary of State



# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

COMPTROLLER.TEXAS.GOV · P.O. BOX 13528 · AUSTIN. TEXAS 78711-3528 · PHONE 512-463-4000 · TOLL FREE 800-531-5441

October 3, 2025

B4 HEALTH MANAGEMENT, LLC
8101 BOAT CLUB RD STE 240 PMB 150
FORT WORTH TX 76179-3631

## Tax Clearance Letter for Reinstatement*

To:   Texas Secretary of State
      Corporations Section

Re:   B4 HEALTH MANAGEMENT, LLC
      Taxpayer number: 32059569163
      File number: 0802388232
      Date of Forfeiture:  06/24/2022

The referenced entity has met all franchise tax requirements and is
eligible for reinstatement through 05/15/2026.

Comptroller of Public Accounts
Account Maintenance Division
Franchise Tax Section
1-800-531-5441, ext. 34402 or 512-463-4402

---

\* *The reinstatement must be filed with the Texas Secretary of State on or before the expiration date of this letter. After this date, additional franchise tax filing requirements must be met, and a new request for tax clearance must be submitted.*

*You can file for reinstatement online at www.sos.texas.gov/corp/sosda/index.shtml. Forms and instructions for reinstatement are available at www.sos.state.tx.us/corp/forms_option.shtml or by calling 512-463-5555. This tax clearance letter must be attached to the reinstatement forms.*

Form 05-377 (Rev.6-10/4)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

Comptroller.Texas.Gov

April 24, 2023

B4 HEALTH MANAGEMENT, LLC
PO BOX 432
AVON OH 44011

Dear Taxpayer:

Enclosed is a refund for the tax type and period(s) indicated below.  If you
have already taken this overpayment as a tax credit, please endorse the
enclosed check to the Comptroller of Public Accounts and return it to the
following address:

>           COMPTROLLER OF PUBLIC ACCOUNTS
>                 111 E. 17th Street
>              Austin, TX  78774-0100

If you have any questions regarding taxes, you may contact the Texas State
Comptroller's field office in your area or call 1-800-252-1381, toll free,
nationwide. The Austin number is 512/463-4600.

*Dep Feb '25*

FRANCHISE TAX

| REPORT PERIOD | | REFUND AMOUNT | |
|---|---|---|---|
| 01/01/2021 | THRU 12/31/2021 | 50.00 | .19 |
| | | 50.19 | |

Taxpayer number: 3 20595-6916-3

Form 00-924-A (Rev.4-07/3)

 **Office of the Secretary of State**
**Corporations Section**
P.O. Box 13697
**Austin, Texas 78711-3697**
**(Form 801)**

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 802388232 10/03/2025**
**Document #: 1523709950003**
**Image Generated Electronically**
**for Web Filing**

## APPLICATION FOR REINSTATEMENT AND
## REQUEST TO SET ASIDE REVOCATION OR FORFEITURE

1.  File Number: **802388232**

2.  The name of the entity is: **B4 Health Management, LLC**

3  The taxpayer identification number is: **32059569163**

4.  The entity named above was forfeited or its authority to transact business in Texas was revoked on **06/24/2022** for the following reason:
    Failure to file a franchise tax return and/or pay state franchise tax.

5.  The entity has corrected the default and has paid all fees, taxes, and penalties due.

6.  The entity applies for reinstatement and requests that the Secretary of State set aside the forfeiture of the Texas entity or the revocation of the foreign entity's authority, to transact business in Texas, as applicable

7.  Attachment:  **B4 HEALTH MANAGEMENT, LLC.pdf**

8.  Execution:  The undersigned signs this document subject penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **October 3, 2025**

By **Christie L Messinger**
**President**

FILING OFFICE COPY

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Jane Nelson
Secretary of State

## Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for B4 Health Management, LLC (file number 802388232), a Domestic Limited Liability Company (LLC), was filed in this office on February 10, 2016.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on October 07, 2025.



Jane Nelson
Secretary of State

Come visit us on the internet at https://www.sos.texas.gov/

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB          TID: 10264          Document: 1524544470003

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY          https://direct.sos.state.tx.us/corp_inquiry/corp_inquiry-entity.asp?spa.

## TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802388232 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 10, 2016 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32059569163 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | B4 Health Management, LLC |
| **Address:** | 8101 BOAT CLUB RD STE 240 PMB 150 |
| | FORT WORTH  TX 76179-3631 USA |

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| B4 Health Management, LLC | In use | Legal | | |

Order     Return to Search

Instructions:
◉ To place an order for additional information about a filing press the 'Order' button.

# UNITED STATES OF AMERICA
# STATE OF OHIO
# OFFICE OF THE SECRETARY OF STATE

*I, Frank LaRose, do hereby certify that I am the duly elected, qualified and present acting Secretary of State for the State of Ohio, and as such have custody of the records of Ohio and Foreign business entities; that said records show B4 HEALTH MANAGEMENT, LLC, a Texas Limited Liability Company, Registration Number 5049383, was registered in the State of Ohio on May 12, 2023, is currently authorized to transact business in this state.*



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 2nd day of October, A.D. 2025.*

**Ohio Secretary of State**

**Validation Number:  202527504574**

161

**OHIO DEPT. OF JOB & FAMILY SERVICES**
**OFFICE OF UNEMPLOYMENT COMPENSATION**
**P.O. BOX 182404**
**COLUMBUS OH 43218-2404**

**B4 Health management**
**159 Crocker Park Blvd**
**Westlake OH 44145-8131**

## Ohio Unemployment Tax Notification
## Determination of Employer's Liability and
## Contribution Rate Determination

eric.ohio.gov
(614) 466-2319

This is an official notification of your account status and liability as an employer under the Ohio Unemployment Compensation Law. It also constitutes as your Contribution Rate Determination as required by section 4141.26 of the Ohio Revised Code.

| Employer | Mail Date | Correspondence Number |
|---|---|---|
| B4 Health management | 08/13/2021 | CDT00000000009227408 |

| Contribution Rate(s) | Employer Account Number |
|---|---|
| 2021    2.70% | 1777783-00-0 |
| | Please use this number on all correspondence concerning your account |
| | Effective Date of Liability: 01/01/2021 |

Information received on behalf of your enterprise indicates that you have met the definition of an employer as defined in Section 4141.01 of the Ohio Revised Code. Accordingly, you are subject to the provisions of the Ohio Unemployment Compensation Law and your account has been activated.

Please log in to your Employer Unemployment Compensation account at eric.ohio.gov or use any other electronic filing method approved by the director to submit the required Unemployment Compensation Quarterly Tax Return(s). If the requested information has previously been submitted to the agency, please disregard this request.

Please retain this determination letter in your files. This determination becomes final unless the employer files an application with the Director for reconsideration of the Director's determination within thirty days after the mailing date shown above. The application must state the reason(s) for requesting reconsideration. Appeals may be filed by any of the following methods: **by logging on to eric.ohio.gov; by e-mail to UITaxAppeals@jfs. ohio.gov; by fax to (614) 752-4952; or by mail to Unemployment Tax Appeals, P.O. Box 182830, Columbus, OH 43218-2830.**

JFS 20161 (Rev. 11/2017)

Ohio ERIC

*put in tax folder* ↓

https://eric.ohio.gov/ERICWeb/faces/jsp/register/employerRTDLSu

AboutContact UsLog in

Ohio.gov | Department of
Job and Family Services

ERIC | EMPLOYER RESOURCE
INFORMATION CENTER

MENU

HOME

Navigation Menu
* Login

Printer friendly version

Liable Notification

Based upon the information provided, you have been determined Liable with a liability date of **01/01/2021**. The following is your liability rate information.

| Year | Rate |
|------|------|
| 2021 | 2.700% |

Reason(s) for liability:

 Paid >=$1500 wages in a calendar quarter

You have been registered in the system and your account number is **1777783000**. Record your account number for future use. Print Screen

A letter is being sent by your preferred delivery method.

Your account has delinquent reports. If you would like to submit a wage report please log into your account to do so.

If you are interested in learning more about other state agencies, please visit the Ohio 1st Stop Business Connection

To set up a username and password to login to your account online, click the Get Web Access button. Get Web Access

Glenn Hegar
Texas Comptroller of Public Accounts

Franchise Tax
Help| Logout

# Franchise Tax

## 2018 Annual No Tax Due Report

Confirmation

## You Have Filed Successfully

Please do NOT send a paper form

Print this page for your records

Submission ID: 42247486
Date and Time of Filing: 08/17/2018 03:30:06 PM

Taxpayer ID: 32059569163
Taxpayer Name: B4 HEALTH MANAGEMENT, LLC
Taxpayer Address: PO BOX 17762 FORT WORTH,  TX 76102 - 0762

Entered By: Christie L Messinger
Email Address: christie@ds-worldwide.net
Telephone Number: (318) 547-8590
IP Address: 108.200.153.227

Total Amount Due and Payable = $0.00

This report is being submitted after the due date.
Reports filed after the due date incur a $50 late filing fee.

### Additional Reports

| | |
|---|---|
| Is this the reporting entity of a combined group? | No |
| Do any of the entities in the combined group have a temporary business loss preserved? | No |
| Will your total revenue be adjusted for the Tiered Partnership Election? | No |

### No Tax Due Report

| | | |
|---|---|---|
| SIC Code: | NAICS Code: | 541611 |

Accounting Year Begin Date: 01/01/2017 Accounting Year End Date: 12/31/2017

| | |
|---|---|
| Is this a passive entity as defined in Chapter 171 of the Texas Tax Code? | no |
| Is this entity's annualized total revenue below the no tax due threshold? | yes |
| Does the entity have zero Texas Gross Receipts? | yes |
| Is this entity a Real Estate Investment Trust (REIT) that meets the qualifications specified in section 171.0002(c)(4)? | no |
| Is this entity a New Veteran-Owned Business as defined in Texas Tax Code Sec. 171.0005? | no |
| Total Revenue: | $30,000 |

### Mailing Address

Street Address: PO BOX 17762
City:        FORT WORTH

State          TX
Zip Code       76102 - 0762
Country        USA

## Public Information Report
### Taxpayer

Taxpayer Name:                                      B4 HEALTH MANAGEMENT, LLC
Taxpayer Number:                                    32059569163
SOS File Number or Comptroller File Number: 0802388232
Mailing Address:                                    PO BOX 17762
                                                    FORT WORTH, TX 76102-0762

Principal Office:

Principal Place Of Business:

Changes from previous year?:                        Yes

### Officers, Directors, Managers, Member or General Partner

Name:  Christie Messinger

Title:     President   Director?   yes   Term Expiration Date:

Mailing Address:   12245 Fairway Meadows Drive
                   Fort Worth, Texas  76179

### Owned Entity(s)

Owned Entity(s) State of Formation TX SOS File # Percentage of Ownership
None entered.

### Owners

Owned Entity(s) State of Formation TX SOS File # Percentage of Ownership
None entered.

### Registered Agent and Office

Agent: CHRISTIE MESSINGER

Office:   12245 Fairway Meadows Drive
          Fort Worth, TX  76179-0762

### Declaration Statement

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the submission date, and that a copy of this information has been mailed to each person named in this section who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

Payment Summary

Amount to Pay: $50.00
Convenience fee (non-refundable): $1.00
Total Credit Card Payment: $51.00

Payment Reference Number: 302509238
Trace Number: 902AA0017127967
Type of Credit Card: VISA
Credit Card Number: ***********1527

Cardholder Name: Christie Messinger
Credit Card Expiration Date: Mon Jun 01 00:00:00 CDT 2020

Print

| Return to Menu | File for Another Taxpayer |

- texas.gov
- Texas Records and Information Locator (TRAIL)
- State Link Policy
- Texas Homeland Security
- Texas Veterans Portal

Glenn Hegar, Texas Comptroller ? Home ? Contact Us

- Privacy and Security Policy
- Accessibility Policy
- Link Policy
- Public Information Act

- Compact with Texas

- Compact with Texas

**Glenn Hegar**
Texas Comptroller of Public Accounts

Franchise Tax
Help | Logout

# Franchise Tax

## 2019 Annual No Tax Due Report

Confirmation

## You Have Filed Successfully

Please do NOT send a paper form

Print this page for your records

Submission ID: 47726467
Date and Time of Filing: 11/06/2019 10:46:37 AM

Taxpayer ID: 32059569163
Taxpayer Name: B4 HEALTH MANAGEMENT, LLC
Taxpayer Address: PO BOX 17762 FORT WORTH, TX 76102 - 0762

Entered By: William M McCutchen
Email Address: marty@cpaindfw.com
Telephone Number: (817) 350-6719
IP Address: 47.37.99.75

### Additional Reports

| | |
|---|---|
| Is this the reporting entity of a combined group? | No |
| Do any of the entities in the combined group have a temporary business loss preserved? | No |
| Will your total revenue be adjusted for the Tiered Partnership Election? | No |

### No Tax Due Report

SIC Code.                          NAICS Code

Accounting Year Begin Date 01/01/2018 Accounting Year End Date 12/31/2018

| | |
|---|---|
| Is this a passive entity as defined in Chapter 171 of the Texas Tax Code? | no |
| Is this entity's annualized total revenue below the no tax due threshold? | yes |
| Does the entity have zero Texas Gross Receipts? | yes |
| Is this entity a Real Estate Investment Trust (REIT) that meets the qualifications specified in section 171.0002(c)(4)? | no |
| Is this entity a New Veteran-Owned Business as defined in Texas Tax Code Sec. 171.0005? | no |
| Total Revenue | $0 |

### Mailing Address

Street Address: PO BOX 17762
City.          FORT WORTH
State:         TX
ZipCode        76102 - 0762
Country.       USA

Public Information Report

Taxpayer

Taxpayer Name: B4 HEALTH MANAGEMENT, LLC

Taxpayer Number 32059569163

SOS File Number or Comptroller File Number: 0802388232

Mailing Address: PO BOX 17762
FORT WORTH, TX 76102-0762

Principal Office PO BOX 17762 FORT WORTH, TX 76102

Principal Place Of Business PO BOX 17762 FORT WORTH, TX 76102

Changes from previous year? No

Officers, Directors, Managers, Member or General Partner

Name: CHRISTIE MESSINGER

Title: PRESIDENT Director? no Term Expiration Date:

Mailing Address: 12245 FAIRWAY MEADOWS DRIVE
FORT WORTH, TX 76179

Name: CHRISTIE MESSINGER

Title: DIRECTOR Director? yes Term Expiration Date:

Mailing Address: 12245 FAIRWAY MEADOWS DRIVE
FORT WORTH, TX 76179

Owned Entity(s)

Owned Entity(s) State of Formation TX SOS File # Percentage of Ownership

None entered.

Owners

Owned Entity(s) State of Formation TX SOS File # Percentage of Ownership

None entered

Registered Agent and Office

Agent: CHRISTIE MESSINGER

Office: 705 BRAY CENTRAL DRIVE, APT 3307
ALLEN, TX 75013-0762

Declaration Statement

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the submission date, and that a copy of this information has been mailed to each person named in this section who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

Print

Return to Menu | File for Another Taxpayer |

- texas.gov
- Texas Records and Information Locator (TRAIL)
- State Link Policy
- Texas Homeland Security
- Texas Veterans Portal

Glenn Hegar, Texas Comptroller ? Home ? Contact Us

- Privacy and Security Policy
- Accessibility Policy
- Link Policy
- Public Information Act
- Compact with Texans

Glenn Hegar
Texas Comptroller of Public Accounts

Franchise Tax
Help | Logout

# Franchise Tax

## 2020 Annual No Tax Due Report

Confirmation

## You Have Filed Successfully

Please do NOT send a paper form

Since you are electronically reporting this tax, you will not receive a paper tax return in the mail for subsequent reports due. To keep you up-to-date and informed of due dates for this tax, we will send a courtesy e-mail reminder to you at the e-mail address on file for this account.

Print this page for your records

Submission ID: 55639208
Date and Time of Filing: 05/26/2021 03:49:06 PM

Taxpayer ID: 32059569163
Taxpayer Name: B4 HEALTH MANAGEMENT, LLC
Taxpayer Address: 3004 AQUA MARINE BLVD AVON LAKE, OH 44012 - 2623

Entered By: William M McCutchen
Email Address: marty@cpaindfw.com
Telephone Number: (817) 350-6719
IP Address: 47.37.75.57

Total Amount Due and Payable = $0.00

This report is being submitted after the due date.
Reports filed after the due date incur a $50 late filing fee.

### Additional Reports

| | |
|---|---|
| Is this the reporting entity of a combined group? | No |
| Do any of the entities in the combined group have a temporary business loss preserved? | No |
| Will your total revenue be adjusted for the Tiered Partnership Election? | No |

### No Tax Due Report

SIC Code                     NAICS Code
Accounting Year Begin Date: 01/01/2019  Accounting Year End Date: 12/31/2019

| | |
|---|---|
| Is this a passive entity as defined in Chapter 171 of the Texas Tax Code? | no |
| Is this entity's annualized total revenue below the no tax due threshold? | yes |
| Does the entity have zero Texas Gross Receipts? | yes |
| Is this entity a Real Estate Investment Trust (REIT) that meets the qualifications specified in section 171.0002(c)(4)? | no |
| Is this entity a New Veteran-Owned Business as defined in Texas Tax Code Sec. 171.0005? | no |
| Total Revenue: | $0 |

### Mailing Address

Street Address: 2004 AQUA MARINE BLVD
City      AVON LAKE
State:      OH
Zip Code:      44012 - 2623
Country:      USA

### Public Information Report
#### Taxpayer

Taxpayer Name:      B4 HEALTH MANAGEMENT, LLC
Taxpayer Number.      32059569163
SOS File Number or Comptroller File Number: 0802388232

Mailing Address:      2004 AQUA MARINE BLVD
AVON LAKE, OH 44012-2623

Principal Office:

Principal Place Of Business:

Changes from previous year?:      No

**Officers, Directors, Managers, Member or General Partner**

Name: CHRISTIE MESSINGER

Title:   DIRECTOR   Director?   yes   Term Expiration Date:

Mailing Address:      12245 FAIRWAY MEADOWS DRIVE
FORT WORTH, TX 76179

Name: CHRISTIE MESSINGER

Title:   PRESIDENT   Director?   no   Term Expiration Date:

Mailing Address:      12245 FAIRWAY MEADOWS DRIVE
FORT WORTH, TX 76179

#### Owned Entity(s)

Owned Entity(s) State of Formation TX SOS File # Percentage of Ownership
None entered.

#### Owners

Owned Entity(s) State of Formation TX SOS File # Percentage of Ownership
None entered.

#### Registered Agent and Office

Agent: CHRISTIE MESSINGER

Office: 705 BRAY CENTRAL DRIVE, APT 3207
ALLEN, TX 75013-2623

#### Declaration Statement

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the submission date, and that a copy of this information has been mailed to each person named in this section who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

Payment Summary

Amount to Pay: $50.00
Electronic Check: $50.00

Payment Reference Number: 55639199
Trace Number: 02536573
Type of Bank Account: CHECKING
Accountholder Name: marty mccutchen cpa pc
Bank Routing Number: 111924716
Bank Account Number: ***********5999
Payment Effective Date: 05/26/2021

Print

| Return to Menu | File for Another Taxpayer |

- texas.gov
- Texas Records and Information Locator (TRAIL)
- State Link Policy
- Texas Homeland Security
- Texas Veterans Portal

Glenn Hegar, Texas Comptroller ? Home ? Contact Us

- Privacy and Security Policy
- Accessibility Policy
- Link Policy
- Public Information Act
- Compact with Texans

Glenn Hegar
Texas Comptroller of Public Accounts

Franchise Tax
Help | Logout

# Franchise Tax

## 2021 Annual No Tax Due Report

Confirmation

## You Have Filed Successfully

Please do NOT send a paper form

Since you are electronically reporting this tax, you will not receive a paper tax return in the mail for subsequent reports due. To keep you up-to-date and informed of due dates for this tax, we will send a courtesy e-mail reminder to you at the e-mail address on file for this account.

Print this page for your records

Submission ID: 65741552
Date and Time of Filing: 01/03/2023 10:10:48 AM

Taxpayer ID: 32059569163
Taxpayer Name: B4 HEALTH MANAGEMENT, LLC
Taxpayer Address: PO BOX 432 AVON, OH 44011 - 0432

Entered By: Christie Messinger
Email Address: b4caligin@gmail.com
Telephone Number: (318) 547-8590
IP Address: 173.91.182.14

Total Amount Due and Payable = $0.00

This report is being submitted after the due date.
Reports filed after the due date incur a $50 late filing fee.

### Additional Reports

| | |
|---|---|
| Is this the reporting entity of a combined group? | No |
| Do any of the entities in the combined group have a temporary business loss preserved? | No |
| Will your total revenue be adjusted for the Tiered Partnership Election? | No |

### No Tax Due Report

SIC Code:                    NAICS Code:
Accounting Year Begin Date: 01/01/2020 Accounting Year End Date: 12/31/2020

| | |
|---|---|
| Is this a passive entity as defined in Chapter 171 of the Texas Tax Code? | no |
| Is this entity's annualized total revenue below the no tax due threshold? | yes |
| Does the entity have zero Texas Gross Receipts? | yes |
| Is this entity a Real Estate Investment Trust (REIT) that meets the qualifications specified in section 171.0002(c)(4)? | no |
| Is this entity a New Veteran-Owned Business as defined in Texas Tax Code Sec. 171.0005? | no |
| Total Revenue: | $61,200 |

Mailing Address

Street Address: PO BOX 432
City:          AVON
State:         OH
Zip Code:      44011 - 0432
Country:       USA

## Public Information Report
### Taxpayer

Taxpayer Name:                                    B4 HEALTH MANAGEMENT, LLC
Taxpayer Number:                                  32059569163
SOS File Number or Comptroller File Number 0802388232
Mailing Address                                   PO BOX 432
                                                  AVON, OH 44011-0432

Principal Office:
Principal Place Of Business:
Changes from previous year?                       No

### Officers, Directors, Managers, Member or General Partner

Name: CHRISTIE MESSINGER
Title:  PRESIDENT  Director?  no  Term Expiration Date:
Mailing Address      12245 FAIRWAY MEADOWS DRIVE
                     FORT WORTH, TX 76179

Name: CHRISTIE MESSINGER
Title:  DIRECTOR  Director?  yes  Term Expiration Date:
Mailing Address:     12245 FAIRWAY MEADOWS DRIVE
                     FORT WORTH, TX 76179

### Owned Entity(s)

Owned Entity(s) State of Formation TX SOS File # Percentage of Ownership
None entered.

### Owners

Owned Entity(s) State of Formation TX SOS File # Percentage of Ownership
None entered.

### Registered Agent and Office

Agent: CHRISTIE MESSINGER
Office: 705 BRAY CENTRAL DRIVE, APT 3207
        ALLEN, TX 75013-0432

### Declaration Statement

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the submission date, and that a copy of this information has been mailed to each person named in this section who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company

Payment Summary

Amount to Pay: $50.00
Convenience fee (non-refundable): $1.00
Total Credit Card Payment: $51.00

Payment Reference Number: 606816436
Trace Number: 902AA0021885021
Type of Credit Card: MASTERCARD
Credit Card Number: ***********4026

Cardholder Name: Christie Messinger
Credit Card Expiration Date: 09/2027

Print
Return to Menu | File for Another Taxpayer

- texas.gov
- Texas Records and Information Locator (TRAIL)
- State Link Policy
- Texas Homeland Security

- Texas Veterans Portal

Glenn Hegar, Texas Comptroller ? Home ? Contact Us

- Privacy and Security Policy
- Accessibility Policy
- Link Policy
- Public Information Act
- Compact with Texans

Glenn Hegar
Texas Comptroller of Public Accounts

Franchise Tax
Help | Logout

# Franchise Tax

## 2022 Annual No Tax Due Report

Confirmation

## You Have Filed Successfully

Please do NOT send a paper form

Since you are electronically reporting this tax, you will not receive a paper tax return in the mail for subsequent reports due. To keep you up-to-date and informed of due dates for this tax, we will send a courtesy e-mail reminder to you at the e-mail address on file for this account

Print this page for your records

Submission ID: 65743830
Date and Time of Filing: 01/03/2023 04:02:21 PM

Taxpayer ID: 32059569163
Taxpayer Name: B4 HEALTH MANAGEMENT, LLC
Taxpayer Address: PO BOX 432 AVON, OH 44011 - 0432

Entered By: Christie Massinger
Email Address: b4cahgirl@gmail.com
Telephone Number: (318) 547-8590
IP Address: 173 91 182 14

Total Amount Due and Payable = $0.00

This report is being submitted after the due date
Reports filed after the due date incur a $50 late filing fee

### Additional Reports

| | |
|---|---|
| Is this the reporting entity of a combined group? | No |
| Do any of the entities in the combined group have a temporary business loss preserved? | No |
| Will your total revenue be adjusted for the Tiered Partnership Election? | No |

### No Tax Due Report

SIC Code                NAICS Code
Accounting Year Begin Date 01/01/2021 Accounting Year End Date 12/31/2021

| | |
|---|---|
| Is this a passive entity as defined in Chapter 171 of the Texas Tax Code? | no |
| Is this entity's annualized total revenue below the no tax due threshold? | yes |
| Does the entity have zero Texas Gross Receipts? | no |
| Is this entity a Real Estate Investment Trust (REIT) that meets the qualifications specified in section 171.0002(c)(4)? | no |
| Is this entity a New Veteran-Owned Business as defined in Texas Tax Code Sec 171.0005? | no |
| Total Revenue | $64,000 |

Mailing Address

Street Address  PO BOX 432
City            AVON
State           OH
Zip Code        44011 - 0432
Country         USA

## Public Information Report
### Taxpayer

Taxpayer Name                                        B4 HEALTH MANAGEMENT, LLC
Taxpayer Number                                      32059569163
SOS File Number or Comptroller File Number 0802388232

Mailing Address:                                     PO BOX 432
                                                     AVON, OH 44011-0432

Principal Office

Principal Place Of Business

Changes from previous year?              No

### Officers, Directors, Managers, Member or General Partner

Name  CHRISTIE MESSINGER

Title   DIRECTOR  Director?  yes  Term Expiration Date

Mailing Address   12245 FAIRWAY MEADOWS DRIVE
                  FORT WORTH, TX 76179

Name  CHRISTIE MESSINGER

Title   PRESIDENT  Director?  no  Term Expiration Date

Mailing Address.  12245 FAIRWAY MEADOWS DRIVE
                  FORT WORTH, TX 76179

### Owned Entity(s)

Owned Entity(s) State of Formation TX SOS File # Percentage of Ownership
None entered

### Owners

Owned Entity(s) State of Formation TX SOS File # Percentage of Ownership
None entered

### Registered Agent and Office

Agent  CHRISTIE MESSINGER

Office  705 BRAY CENTRAL DRIVE, APT 3207
        ALLEN, TX 75013-0432

### Declaration Statement

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the submission date, and that a copy of this information has been mailed to each person named in this section who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

Payment Summary

Amount to Pay: $50 00
Convenience fee (non-refundable): $1 00
Total Credit Card Payment: $51 00

Payment Reference Number: 606942474
Trace Number: 902AA0021886845
Type of Credit Card: MASTERCARD
Credit Card Number: ***********4026

Cardholder Name: Christie Messinger
Credit Card Expiration Date: 09/3027

Print

Return to Menu   File for Another Taxpayer

- Texas Veterans Portal

Glenn Hegar, Texas Comptroller ? Home ? Contact Us

- Privacy and Security Policy
- Accessibility Policy
- Link Policy
- Public Information Act
- Compact with Texans

# Texas Franchise Tax Public Information Report

**To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions**
**This report MUST be signed and filed to satisfy franchise tax requirements**

05-102
(Rev.9-11/30)
FORM

■ Tcode 13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 5 9 5 6 9 1 6 3 | 2 0 1 8 |

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

| Taxpayer name | | |
|---|---|---|
| **B4 HEALTH MANAGEMENT, LLC** | | |
| Mailing address | | Secretary of State (SOS) file number or Comptroller file number |
| PO BOX 17762 | | |
| City | State | ZIP Code Plus 4 |
| FORT WORTH | TX | 76102 |
| | | 0802388232 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205950916318

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **Christie Messinger** | **President** | ● YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |
| **12245 Fairway Meadows Drive** | **Fort Worth** | | **Texas** | **76179** |
| Name | Title | Director | | m m d d y y |
| | | ○ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |
| Name | Title | Director | | m m d d y y |
| | | ○ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. (see instructions if you need to make changes) | ○ Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|
| Agent: **CHRISTIE MESSINGER** | |

| Office: **12245 Fairway Meadows Drive** | City **Fort Worth** | State **TX** | ZIP Code **76179** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **Christie L Messinger** | Title **Electronic** | Date **08-17-2018** | Area code and phone number **( 318 ) 547 - 8590** |
|---|---|---|---|

Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

# Texas Franchise Tax Public Information Report

**05-102**
(Rev.9-11/30)
**■ Tcode** 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

| ■ Taxpayer number | ■ Report year | |
|---|---|---|
| 3 2 0 5 9 5 6 9 1 6 3 | 2 0 1 9 | You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600. |

**Taxpayer name:** B4 HEALTH MANAGEMENT, LLC

**Mailing address:** PO BOX 17762

| City | State | ZIP Code | Plus 4 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| FORT WORTH | TX | 76102 | | 0802388232 |

⊙ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** PO BOX 17762 FORT WORTH, TX 76102

**Principal place of business:** PO BOX 17762 FORT WORTH, TX 76102

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205956916319

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| CHRISTIE MESSINGER | PRESIDENT | ○ YES | | |
| Mailing address: 12245 FAIRWAY MEADOWS DRIVE | City: FORT WORTH | State: TX | | ZIP Code: 76179 |
| CHRISTIE MESSINGER | DIRECTOR | ● YES | | |
| Mailing address: 12245 FAIRWAY MEADOWS DRIVE | City: FORT WORTH | State: TX | | ZIP Code: 76179 |
| | | ○ YES | | |
| Mailing address: | City: | State: | | ZIP Code: |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
○ Blacken circle if you need forms to change the registered agent or registered office information.

**Agent:** CHRISTIE MESSINGER

| Office: 705 BRAY CENTRAL DRIVE, APT. 3207 | City: ALLEN | State: TX | ZIP Code: 75013 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ➤ | William M McCutchen | Title: Electronic | Date: 11-06-2019 | Area code and phone number: ( 817 ) 350 - 6719 |
|---|---|---|---|---|

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

## Texas Franchise Tax Public Information Report

To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

05-102
(Rev.9-11/30)
Form

■ Tcode 13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 5 9 5 6 9 1 6 3 | 2 0 2 0 |

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

**Taxpayer name**  B4 HEALTH MANAGEMENT, LLC

**Mailing address**  2004 AQUA MARINE BLVD

| City | State | ZIP Code | Plus 4 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| AVON LAKE | OH | 44012 | | 0802388232 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205958916320

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| CHRISTIE MESSINGER | DIRECTOR | ● YES | | |
| Mailing address 12245 FAIRWAY MEADOWS DRIVE | City FORT WORTH | State TX | ZIP Code 76179 | |
| Name CHRISTIE MESSINGER | Title PRESIDENT | Director ○ YES | Term expiration | m m d d y y |
| Mailing address 12245 FAIRWAY MEADOWS DRIVE | City FORT WORTH | State TX | ZIP Code 76179 | |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | ZIP Code | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. (see instructions if you need to make changes)

Agent:  CHRISTIE MESSINGER

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: 705 BRAY CENTRAL DRIVE, APT. 3207 | City ALLEN | State TX | ZIP Code 75013 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ► William M McCutchen | Title Electronic | Date 05-26-2021 | Area code and phone number ( 817 ) 350 - 6719 |
|---|---|---|---|

Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

# Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
FORM

To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

■ Tcode 13196 Franchise

| ■ Taxpayer number | ■ Report year | You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600. |
|---|---|---|
| 3 2 0 5 9 5 6 9 1 6 3 | 2 0 2 1 | |

| Taxpayer name | **B4 HEALTH MANAGEMENT, LLC** | |
|---|---|---|
| Mailing address | **PO BOX 432** | Secretary of State (SOS) file number or Comptroller file number |
| City **AVON** | State **OH** | ZIP Code **44011** | Plus 4 | **0802388232** |

⦿ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205956916321

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **CHRISTIE MESSINGER** | **PRESIDENT** | ○ YES | Term expiration | |
| Mailing address **12245 FAIRWAY MEADOWS DRIVE** | City **FORT WORTH** | State **TX** | | ZIP Code **76179** |
| Name **CHRISTIE MESSINGER** | Title **DIRECTOR** | Director ⦿ YES | Term expiration | m m d d y y |
| Mailing address **12245 FAIRWAY MEADOWS DRIVE** | City **FORT WORTH** | State **TX** | | ZIP Code **76179** |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | | ZIP Code |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. (see instructions if you need to make changes) | ○ | Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|---|
| Agent: **CHRISTIE MESSINGER** | | |
| Office: **705 BRAY CENTRAL DRIVE, APT. 3207** | City **ALLEN** | State **TX** ZIP Code **75013** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ► **Christie  Messinger** | Title **Electronic** | Date **01-03-2023** | Area code and phone number **( 318 )  547 - 8590** |
|---|---|---|---|

Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

# Texas Franchise Tax Public Information Report

06-102
(Rev.9-11/30)
FORM

To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

| ■ Taxpayer number | ■ Report year | You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600. |
|---|---|---|
| 3 2 0 5 9 5 6 9 1 6 3 | 2 0 2 2 | |

| Taxpayer name | |
|---|---|
| **B4 HEALTH MANAGEMENT, LLC** | |

| Mailing address | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|
| **PO BOX 432** | | |

| City | State | ZIP Code | Plus 4 | |
|---|---|---|---|---|
| **AVON** | **OH** | **44011** | | **0802388232** |

◉ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office**

**Principal place of business**

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3206058916322

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **CHRISTIE MESSINGER** | **DIRECTOR** | ◉ YES | | |
| Mailing address **12245 FAIRWAY MEADOWS DRIVE** | City **FORT WORTH** | State **TX** | ZIP Code **76179** | |
| Name **CHRISTIE MESSINGER** | Title **PRESIDENT** | Director ○ YES | Term expiration | m m d d y y |
| Mailing address **12245 FAIRWAY MEADOWS DRIVE** | City **FORT WORTH** | State **TX** | ZIP Code **76179** | |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | ZIP Code | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file. (see instructions if you need to make changes) | ○ Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|
| Agent: **CHRISTIE MESSINGER** | |

| Office: **705 BRAY CENTRAL DRIVE, APT. 3207** | City **ALLEN** | State **TX** | ZIP Code **75013** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ► **Christie Messinger** | Title **Electronic** | Date **01-03-2023** | Area code and phone number **( 318 )  547 - 8590** |
|---|---|---|---|

Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

■ Tcode 13196 Franchise

**■ Taxpayer number**
3 2 0 5 9 5 6 9 1 6 3

**■ Report year**
2 0 2 3

You have certain rights under Chapter 552 and 559,
Government Code, to review, request and correct information
we have on file about you. Contact us at 1-800-252-1381.

**Taxpayer name** BH Health Management

● Blacken circle if the mailing address has changed.

**Mailing address** 8101 Boat Club Road Suite 240, PMB 150

**City** Fort Worth  **State** Texas  **ZIP code plus 4** 76179

Secretary of State (SOS) file number or
Comptroller file number

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office**

**Principal place of business**

You must report officer, director, member, general partner and manager information as of the date you complete this report.

**please sign below!** This report must be signed to satisfy franchise tax requirements.

1000000000000

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| Christie Messinger | President | ○ YES | | |
| **Mailing address** 8101 Boat Club Rd, St 1640 PMB 150 | **City** Fort Worth | | **State** TX | **ZIP Code** 76179 |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| **Mailing address** | **City** | | **State** | **ZIP Code** |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| **Mailing address** | **City** | | **State** | **ZIP Code** |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file (see instructions if you need to make changes) | | You must make a filing with the Secretary of State to change registered agent, registered office or general partner information. | | |
|---|---|---|---|---|
| **Agent:** | | | | |
| **Office:** | **City** | | **State** | **ZIP Code** |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here ►** Christie Messinger  **Title** President  **Date** 5-2-2024  **Area code and phone number** (318) 547-8691

Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

05-163
(Rev.8-21/10)

**Texas Franchise Tax No Tax Due Report**

2415780281S3

■ Tcode 13255 Annual Franchise

The law requires No Tax Due Reports originally due on or after Jan.1, 2016 to be filed electronically. Filing this paper report means you are requesting, and we are granting, a waiver from the electronic reporting requirement for this report year ONLY.

■ Taxpayer number | ■ Report year | Due date
3 2 0 5 9 5 6 9 1 6 3 | 2 0 2 3 | 05/15/2023

Taxpayer name **B4 Health Management**

Secretary of State file number or Comptroller file number

Mailing address **8101 Boot Club Road, Suite 240 PMB 150**

City **Fort Worth** State **Texas** Country **USA** ZIP code plus 4 **76179**

Blacken circle if the address has changed ■ ●

Blacken circle if this is a combined report ■ ○

NAICS code

Blacken circle if Total Revenue is adjusted for Tiered Partnership Election, see instructions. (Note: Upper tiered partnerships do not qualify to use this form.) ■ ○

Is this entity a corporation, limited liability company, professional association, limited partnership or financial institution? ● Yes ○ No

**If any of the statements below are true, you qualify to file this No Tax Due Report** (Blacken all circles that apply):

1. This entity is a passive entity as defined in Texas Tax Code Sec. 171.0003. (See instructions.) (Passive income does NOT include rent.) — 1. ■ ○

2. This entity's annualized total revenue is below the no tax due threshold. — 2. ■ ●

3. This entity has zero Texas Gross Receipts. — 3. ■ ●

4. This entity is a Real Estate Investment Trust (REIT) that meets the qualifications specified in Texas Tax Code Sec. 171.0002(c)(4). — 4. ■ ○

5. This entity is a new veteran-owned business as defined in Texas Tax Code Sec. 171.0005. (Must be pre-qualified, see instructions) — 5. ■ ○

6a. Accounting year begin date 6a. ■ 0 1 0 1 2 2

6b. Accounting year end date 6b. ■ 1 2 3 1 2 2

7. TOTAL REVENUE (Whole dollars only) 7. ■ 2 4 6 4 0 0 . 0 0

Print or type name **Christie Messinger**

Area code and phone number (318) 547-8596

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief.

sign here ) **Christie Messinger** Date **5-2-2024**

Mail original to:
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.

Texas Comptroller Official Use Only

VE/DE ○

PM Date

 05-102
(Rev.2-24/35)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions.

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | ■ Report year | Due date |
|---|---|---|
| 3 2 0 5 9 5 6 9 1 6 3 | 2 0 2 4 | 5/15/2024 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you*

**Taxpayer name** B4 Health Management

● ○ Blacken circle if the mailing address has changed.

**Mailing address** 8101 Boat Club Road Suite 240 PMB 150

**City** Fort Worth **State** Texas **ZIP code plus 4** 76179

Secretary of State (SOS) file number or Comptroller file number

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | |
| Principal place of business | |

**Mail signed report to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, Tx 78714-9348

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

For locations and phone numbers visit www.comptroller.texas.gov/about/contact.

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| Christie Messinger | President | ○ YES | | | |
| **Mailing address** 8101 Boat Club Road St 240 PMB 150 | **City** Fort Worth, TX | **State** Texas | | | **ZIP Code** 76179 |
| Name | Title | Director ○ YES | | Term expiration | m m d d y y |
| **Mailing address** | **City** | **State** | | | **ZIP Code** |
| Name | Title | Director ○ YES | | Term expiration | m m d d y y |
| **Mailing address** | **City** | **State** | | | **ZIP Code** |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*

**Agent:**

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here | Title President | Date 5/16/24 | Area code and phone number (313) 547-8590 |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ○ | PIR IND ○ |
|---|---|
| PM Date | |

25279300170 – 10/2/2025

25279346003

**Texas Franchise Tax Public Information Report**

05-102
(Rev.9-34/30)

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions.

■ Tcode 13196 Franchise

| ■ Taxpayer number | | ■ Report year | Due date |
|---|---|---|---|
| 3 7 0 5 9 5 6 9 1 6 3 | | 2 0 2 5 | 5/15/2025 |

You have certain rights under Chapter 552
and 559 Government Code, to review, request and
correct information we have on file about you.

Taxpayer name

**B4 HEALTH MANAGEMENT, LLC**

○ Blacken circle if the mailing address has changed.

Mailing address

**8101 BOAT CLUB ROAD, SUITE 240, PMB 150**

Secretary of State (SOS) file number or
Comptroller file number

| City | State | ZIP code plus 4 |
|---|---|---|
| **FORT WORTH** | **TX** | **76179** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

You must report officers, directors, member, general partner and manager information as of the date you complete this report.

*Please sign below* This report must be signed to satisfy franchise tax requirements.

Mail signed report to:
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, Tx 78714-9348

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

For locations and phone numbers visit
www.comptroller.texas.gov/about/contact.

| Name | Title | Director | Term expiration | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CHRISTIE MESSINGER** | **PRESIDENT** | ○ YES | | m m d d y y |
| Mailing address | City | State | | | |
| **7759 W. RIDGE ROAD** | **ELYRIA** | **OH** | ZIP Code **44035** |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | State | | ZIP Code |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file (see instructions if you need to make changes)

Agent

Office

City

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

State

ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been provided to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP or financial institution.



sign here ►

Title  President

Date  10/2/2025

Area code and phone number  (315) 917-8590

Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|
| PM Date | | | |

 

## Company General Tax Information

If you are planning to enroll in E-Payment, make sure that your filing name matches **exactly** with the name on record for your company with the IRS. The IRS will reject any enrollment for which name and EIN are mismatched.

\* = Required



**Company Type**

Are you a Sole Proprietor, 501c3, or Other?\* | Other ⌄

**Filing Name**

Filing Name\* | B4 Health Management

**Changing the Filing Name will disable your ability to make electronic federal tax payments until you complete re-enrollment for EFTPS.**

**Filing Address**

☑ Same as business address

Address 12245 Fairway Meadows Drive
Fort Worth, TX 76179

County: TARRANT

First run of payroll with this service:\* before 10/01/2018

OK     Cancel

 

## Company State Tax Information

\* = Required



TX State Unemployment Insurance (SUI) Setup

| TX Account Number | 15-986675-0 | Example: 12-345678-9 |

TX SUI

| Rate | Effective Date |
| --- | --- |
| 2.70% (current rate) | 01/01/2018 |

Change or add new rate

TX Employment & Training Investment Assessment Rates\*

| Rate | Effective Date |
| --- | --- |
| 0.10% (current rate) | 01/01/2018 |

Change or add new rate

TX Obligation Assessment Rates\*

| Rate | Effective Date |
| --- | --- |
| 0.00% (current rate) | 01/01/2018 |

Change or add new rate

OK    Cancel

 

## Company State Tax Information

* = Required



**OH Withholding Setup**

OH Withholding Account Number | 54-170477 | Example: 12-345678  (or 12-3456789)

OH Income Tax*

**Deposit Schedule**      **Effective Date**

Monthly (current schedule)      01/01/2018

Change or add new schedule

**OH State Unemployment Insurance (SUI) Setup**

OH Employer Number | applied for | Example: 1234567-89-0

OH SUI

**Rate**      **Effective Date**

1.21% (current rate)      01/01/2020

Change or add new rate

[ OK ]  [ Cancel ]

 **ACORD**

## CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
04/09/2020

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Hiscox Inc. | PHONE (A/C, No, Ext): (888) 202-3007 | | FAX (A/C, No): |
| 520 Madison Avenue | E-MAIL ADDRESS: contact@hiscox.com | | |
| 32nd Floor | | | |
| New York, NY 10022 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Hiscox Insurance Company Inc | | 10200 |
| INSURED | INSURER B : | | |
| B4 Health Management LLC | INSURER C : | | |
| 12245 Fairway Meadows Dr | | | |
| Fort Worth TX 76102 | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ 2,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | UDC-4057308-CGL-20 | 02/01/2020 | 02/01/2021 | PERSONAL & ADV INJURY | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ S/T Gen. Agg. |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | N/A | | | | | PER STATUTE OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | | | | | | E L EACH ACCIDENT | $ |
| | If yes, describe under | | | | | | E L DISEASE - EA EMPLOYEE | $ |
| | DESCRIPTION OF OPERATIONS below | | | | | | E L DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 04/09/2020 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Hiscox Inc.<br>520 Madison Avenue<br>32nd Floor<br>New York, NY 10022 | PHONE (A/C, No, Ext): (888) 202-3007 | FAX (A/C, No): |
| | E-MAIL ADDRESS: contact@hiscox.com | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURER A : | Hiscox Insurance Company Inc | 10200 |
| **INSURED**<br>B4 Health Management LLC<br>12245 Fairway Meadows Dr<br>Fort Worth TX 76102 | | |
| INSURER B : | | |
| INSURER C : | | |
| INSURER D : | | |
| INSURER E : | | |
| INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Professional Liability | | | UDC-4057308-EO-20 | 02/01/2020 | 02/01/2021 | Each Claim:<br>Aggregate: | $ 3,000,000<br>$ 3,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
04/09/2020

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Hiscox Inc. 520 Madison Avenue 32nd Floor New York, NY 10022 | PHONE (A/C, No, Ext): (888) 202-3007 | FAX (A/C, No): | |
| | E-MAIL ADDRESS: contact@hiscox.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Hiscox Insurance Company Inc | | 10200 |
| INSURED B4 Health Management LLC 12245 Fairway Meadows Dr Fort Worth TX 76102 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED,  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | Y | UDC-4057308-CGL-20 | 02/01/2020 | 02/01/2021 | EACH OCCURRENCE | $ 2,000,000 |
| | CLAIMS-MADE  X  OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ S/T Gen. Agg. |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY   SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY   NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB  OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED  RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | PER STATUTE   OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
City of Cleveland is included as an additional insured per policy terms and conditions.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Cleveland 601 Lakeside Ave Cleveland, OH 44114 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION. All rights reserve

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

**ACORD®** ## CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 12/18/2021 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Hiscox Inc.<br>520 Madison Avenue<br>32nd Floor<br>New York, New York 10022 | PHONE (A/C, No. Ext): (888) 202-3007 | FAX (A/C, No): |
| | E-MAIL ADDRESS: contact@hiscox.com | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURER A : | Hiscox Insurance Company Inc | 10200 |

| INSURED | |
|---|---|
| B4 Health Management LLC<br>12245 Fairway Meadows Dr<br>Fort Worth, TX 76102 | INSURER B : |
| | INSURER C : |
| | INSURER D : |
| | INSURER E : |
| | INSURER F : |

### COVERAGES  CERTIFICATE NUMBER:  REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE [X] OCCUR | | | P100.079.366.4 | 02/01/2022 | 02/01/2023 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  PRO-JECT  LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ S/T Gen. Agg |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS  SCHEDULED AUTOS<br>HIRED AUTOS  NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB  OCCUR<br>EXCESS LIAB  CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | DED  RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under<br>DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION. All rights reserved

ACORD 25 (2016/03)  The ACORD name and logo are registered marks of ACORD

# ACORD®

## CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
01/11/2023

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Hiscox Inc.<br>520 Madison Avenue<br>32nd Floor<br>New York, New York 10022 | PHONE (A/C, No. Ext): (888) 202-3007 | FAX (A/C, No): |
| | E-MAIL ADDRESS: contact@hiscox.com | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURER A: | Hiscox Insurance Company Inc | 10200 |
| INSURED<br>B4 Health Management LLC<br>12245 Fairway Meadows Dr<br>Fort Worth, TX 76102 | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

**COVERAGES**  **CERTIFICATE NUMBER:**  **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED [ ] RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE [ ] OTH-ER [ ] | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Professional Liability | | | P100.075.683.5 | 02/01/2023 | 02/01/2024 | Each Claim $ 3,000,000<br>Aggregate $ 3,000,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION. All rights reserved

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
06/10/2024

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Hiscox Inc.<br>5 Concourse Parkway<br>Suite 2150<br>Atlanta GA, 30328 | PHONE (A/C, No, Ext): (888) 202-3007 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: contact@hiscox.com | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| | INSURER A : Hiscox Insurance Company Inc | | 10200 |
| **INSURED**<br>B4 Health Management LLC<br>9216 live Oak Ln<br>Fort Worth, TX 76179 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE [X] OCCUR | | | P103.495.062.1 | 06/10/2024 | 08/10/2025 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  PRO-JECT  LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ S/T Gen. Agg. |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS  SCHEDULED AUTOS<br>HIRED AUTOS  NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB  OCCUR<br>EXCESS LIAB  CLAIMS-MADE<br>DED  RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | PER STATUTE  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION. All rights reserved

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
10/06/2025

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | | |
|---|---|---|---|---|
| Hiscox Inc.<br>5 Concourse Parkway<br>Suite 2150<br>Atlanta GA, 30328 | PHONE (A/C, No, Ext): (888) 202-3007 | | FAX (A/C, No): | |
| | E-MAIL ADDRESS: contact@hiscox.com | | | |
| | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A : | Hiscox Insurance Company Inc | | 10200 |
| INSURED | INSURER B : | | | |
| B4 Health Management LLC<br>7759 W Ridge Rd<br>Elyria, OH 44035 | INSURER C : | | | |
| | INSURER D : | | | |
| | INSURER E : | | | |
| | INSURER F : | | | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE [X] OCCUR | Y | | P105.528.699.1 | 10/01/2025 | 10/01/2026 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER<br>X POLICY [ ] PRO-JECT [ ] LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ S/T Gen. Agg. |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS    SCHEDULED AUTOS<br>HIRED AUTOS    NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB    OCCUR<br>EXCESS LIAB    CLAIMS-MADE<br>DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY    Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE [ ]    OTH-ER [ ] | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Professional Liability | Y | | P105.528.698.1 | 10/01/2025 | 10/01/2026 | Each Claim: $ 2,000,000<br>Aggregate: $ 2,000,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Lorain County Commissioners<br>226 Middle Avenue<br>Elyria, OH 44035 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>*Mary Boyl* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD