Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



**Certificate of Formation**
**Limited Liability Company**

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 802388232 02/10/2016**
**Document #: 655125320002**
**Image Generated Electronically**
**for Web Filing**

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## B4 Health Management, LLC

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:
Name:
**Christie   Messinger**

C. The business address of the registered agent and the registered office address is:
Street Address:
**705 Bray Central Drive, Apt. 3207   Allen  TX  75013**

### Consent of Registered Agent

☑ A. A copy of the consent of registered agent is attached. **B4 Health Management, LLCt.pdf**

**OR**

☐ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

**OR**

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members.
The names and addresses of the governing persons are set forth below:

Managing Member 1 **Christie   Leigh  Messinger**          Title: **Managing Member**

Address **6650 CR. 257   Early  TX, USA  76802**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**



[The attached addendum, if any, is incorporated herein by reference ]

## Organizer

The name and address of the organizer are set forth below.

**Cheyenne Moseley      9900 Spectrum Drive, Austin, TX 78717**

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Cheyenne Moseley, Legalzoom.com, Inc**

Signature of Organizer

**FILING OFFICE COPY**

DocuSign Envelope ID: 740AECDA-EEBD-4D82-941A-B1E5196847A5

**Form 401-A**
**(Revised 12/09)**



**Acceptance of Appointment**
**and**
**Consent to Serve as Registered Agent**
**§5.201(b) Business Organizations Code**

The following form may be used when the person designated as registered agent in a registered agent filing is an individual.

---

### Acceptance of Appointment and Consent to Serve as Registered Agent

I acknowledge, accept and consent to my designation or appointment as registered agent in Texas for

**B4 Health Management, LLC**

*Name of represented entity*

I am a resident of the state and understand that it will be my responsibility to receive any process, notice, or demand that is served on me as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if I resign.

| X: _____ | Christie Messinger | 2/8/2016 |
|---|---|---|
| *Signature of registered agent* | *Printed name of registered agent* | *Date (mm/dd/yyyy)* |

---

The following form may be used when the person designated as registered agent in a registered agent filing is an organization.

---

### Acceptance of Appointment and Consent to Serve as Registered Agent

I am authorized to act on behalf of _____

*Name of organization designated as registered agent*

The organization is registered or otherwise authorized to do business in Texas. The organization acknowledges, accepts and consents to its appointment or designation as registered agent in Texas for:

*Name of represented entity*

The organization takes responsibility to receive any process, notice, or demand that is served on the organization as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if the organization resigns.

| X: _____ | | |
|---|---|---|
| *Signature of person authorized to act on behalf of organization* | *Printed name of authorized person* | *Date (mm/dd/yyyy)* |

---



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

John B. Scott
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
# B4 Health Management, LLC

File Number : 802388232

Certificate / Charter forfeited : June 24, 2022

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.



John B. Scott
Secretary of State



# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

COMPTROLLER.TEXAS.GOV · P.O. BOX 13528 · AUSTIN. TEXAS 78711-3528 · PHONE 512-463-4000 · TOLL FREE 800-531-5441

October 3, 2025

B4 HEALTH MANAGEMENT, LLC
8101 BOAT CLUB RD STE 240 PMB 150
FORT WORTH TX 76179-3631

## Tax Clearance Letter for Reinstatement*

To:   Texas Secretary of State
      Corporations Section

Re:   B4 HEALTH MANAGEMENT, LLC
      Taxpayer number: 32059569163
      File number: 0802388232
      Date of Forfeiture:  06/24/2022

The referenced entity has met all franchise tax requirements and is
eligible for reinstatement through 05/15/2026.

Comptroller of Public Accounts
Account Maintenance Division
Franchise Tax Section
1-800-531-5441, ext. 34402 or 512-463-4402

---

* The reinstatement must be filed with the Texas Secretary of State on or before the expiration date of
this letter. After this date, additional franchise tax filing requirements must be met, and a new
request for tax clearance must be submitted.

You can file for reinstatement online at www.sos.texas.gov/corp/sosda/index.shtml. Forms and
instructions for reinstatement are available at www.sos.state.tx.us/corp/forms_option.shtml or by
calling 512-463-5555. This tax clearance letter must be attached to the reinstatement forms.

Form 05-377 (Rev.6-10/4)



# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

Comptroller.Texas.Gov

April 24, 2023

B4 HEALTH MANAGEMENT, LLC
PO BOX 432
AVON OH 44011

Dear Taxpayer:

Enclosed is a refund for the tax type and period(s) indicated below.  If you have already taken this overpayment as a tax credit, please endorse the enclosed check to the Comptroller of Public Accounts and return it to the following address:

COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17th Street
Austin, TX  78774-0100

If you have any questions regarding taxes, you may contact the Texas State Comptroller's field office in your area or call 1-800-252-1381, toll free, nationwide. The Austin number is 512/463-4600.

*Jep  Feb '25*

FRANCHISE TAX

| REPORT PERIOD | REFUND AMOUNT | |
|---|---|---|
| 01/01/2021   THRU 12/31/2021 | 50.00 | .19 |
| | 50.19 | |

Taxpayer number: 3 20595-6916-3

Form 00-924-A (Rev. 4-07/3)

 **Office of the Secretary of State**
**Corporations Section**
P.O. Box 13697
Austin, Texas 78711-3697
(Form 801)

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 802388232 10/03/2025**
**Document #: 1523709950003**
**Image Generated Electronically**
**for Web Filing**

## APPLICATION FOR REINSTATEMENT AND
## REQUEST TO SET ASIDE REVOCATION OR FORFEITURE

1. File Number: **802388232**

2. The name of the entity is: **B4 Health Management, LLC**

3. The taxpayer identification number is: **32059569163**

4. The entity named above was forfeited or its authority to transact business in Texas was revoked on 06/24/2022 for the following reason:
   Failure to file a franchise tax return and/or pay state franchise tax.

5. The entity has corrected the default and has paid all fees, taxes, and penalties due.

6. The entity applies for reinstatement and requests that the Secretary of State set aside the forfeiture of the Texas entity or the revocation of the foreign entity's authority, to transact business in Texas, as applicable

7. Attachment: **B4 HEALTH MANAGEMENT, LLC.pdf**

8. Execution: The undersigned signs this document subject penalties imposed by law for the submission of a materially false or fraudulent instrument.

By **Christie L Messinger**
**President**

Date: **October 3, 2025**

FILING OFFICE COPY

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Jane Nelson
Secretary of State

## Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for B4 Health Management, LLC (file number 802388232), a Domestic Limited Liability Company (LLC), was filed in this office on February 10, 2016.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on October 07, 2025.



Jane Nelson
Secretary of State

Come visit us on the internet at https: www.sos.texas.gov

Phone: (512) 463-5555
Prepared by: SOS-WEB

Fax: (512) 463-5709
TID: 10264

Dial: 7-1-1 for Relay Services
Document: 1524544470003

## TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802388232 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 10, 2016 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32059569163 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:**    B4 Health Management, LLC
**Address:**    8101 BOAT CLUB RD STE 240 PMB 150
FORT WORTH  TX 76179-3631 USA

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| B4 Health Management, LLC | In use | Legal | | |

Order    Return to Search

Instructions:
● To place an order for additional information about a filing press the 'Order' button

# UNITED STATES OF AMERICA
# STATE OF OHIO
# OFFICE OF THE SECRETARY OF STATE

*I, Frank LaRose, do hereby certify that I am the duly elected, qualified and present acting Secretary of State for the State of Ohio, and as such have custody of the records of Ohio and Foreign business entities; that said records show B4 HEALTH MANAGEMENT, LLC, a Texas Limited Liability Company, Registration Number 5049383, was registered in the State of Ohio on May 12, 2023, is currently authorized to transact business in this state.*



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 2nd day of October, A.D. 2025.*

**Ohio Secretary of State**

**Validation Number:  202527504574**

161

OHIO DEPT. OF JOB & FAMILY SERVICES
OFFICE OF UNEMPLOYMENT COMPENSATION
P.O. BOX 182404
COLUMBUS OH 43218-2404

**B4 Health management
159 Crocker Park Blvd
Westlake OH 44145-8131**

## Ohio Unemployment Tax Notification
## Determination of Employer's Liability and
## Contribution Rate Determination

eric.ohio.gov
(614) 466-2319

This is an official notification of your account status and liability as an employer under the Ohio Unemployment Compensation Law. It also constitutes as your Contribution Rate Determination as required by section 4141.26 of the Ohio Revised Code.

| Employer<br>B4 Health management | Mail Date<br>08/13/2021 | Correspondence Number<br>CDT000000000009227408 |
|---|---|---|
| Contribution Rate(s)<br>2021      2.70% | Employer Account Number<br>1777783-00-0<br>Please use this number on all correspondence concerning your account | |
| | Effective Date of Liability:<br>01/01/2021 | |

Information received on behalf of your enterprise indicates that you have met the definition of an employer as defined in Section 4141.01 of the Ohio Revised Code. Accordingly, you are subject to the provisions of the Ohio Unemployment Compensation Law and your account has been activated

Please log in to your Employer Unemployment Compensation account at eric.ohio.gov or use any other electronic filing method approved by the director to submit the required Unemployment Compensation Quarterly Tax Return(s). If the requested information has previously been submitted to the agency, please disregard this request.

Please retain this determination letter in your files. This determination becomes final unless the employer files an application with the Director for reconsideration of the Director's determination within thirty days after the mailing date shown above. The application must state the reason(s) for requesting reconsideration. Appeals may be filed by any of the following methods: **by logging on to eric.ohio.gov; by e-mail to UITaxAppeals@jfs. ohio.gov; by fax to (614) 752-4952; or by mail to Unemployment Tax Appeals, P.O. Box 182830, Columbus, OH 43218-2830.**

JFS 20161 (Rev 11/2017)