Case: 1:26-cv-01389-DAR   Doc #: 1-14   Filed: 06/17/26   1 of 1.   PageID #: 139

# TEXAS SECRETARY of STATE
# JANE NELSON

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802388232 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 10, 2016 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32059569163 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** B4 Health Management, LLC
**Address:** 8101 BOAT CLUB RD STE 240
FORT WORTH, TX 76179-3631 USA

REGISTERED AGENT   FILING HISTORY   NAMES   MANAGEMENT   ASSUMED NAMES   ASSOCIATED ENTITIES   INITIAL ADDRESS

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☒ | 655125320002 | Certificate of Formation | February 10, 2016 | February 10, 2016 | No | 2 |
| ☒ | 864010780001 | Public Information Report (PIR) | December 31, 2018 | January 26, 2019 | No | 1 |
| ☒ | 959148940001 | Public Information Report (PIR) | December 31, 2019 | March 27, 2020 | No | 1 |
| ☒ | 1158930686682 | Tax Forfeiture | June 24, 2022 | June 24, 2022 | No | 1 |
| ☒ | 1262928150001 | Public Information Report (PIR) | December 31, 2022 | July 1, 2023 | No | 1 |
| ☒ | 1420162700001 | Public Information Report (PIR) | December 31, 2024 | November 3, 2024 | No | 1 |
| ☒ | 1523709950003 | Reinstatement | October 3, 2025 | October 3, 2025 | No | N/A |

[ Order ]   [ Return to Search ]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

**EXHIBIT**
tabbies

N