

# SHERIFF JACK M. HALL

## LORAIN COUNTY SHERIFF'S OFFICE
### 9896 MURRAY RIDGE ROAD - ELYRIA, OHIO 44035

November 7, 2025

Lorain County Board of County Commissioners
Lorain County 911
226 Middle Avenue, 4th Floor
Elyria, Ohio 44035

**Subject: Formal Request for Removal of Consultant Christie Messinger from Lorain County 911 and CJI Access**

To the Lorain County Board of Commissioners,

I am writing to formally advise the immediate removal of Christie Messinger from any role, access, or involvement with Lorain County 911 (as outlined below), which is jointly managed by the Lorain County Sheriff's Office and is subject to strict CJIS compliance requirements for which the Sheriff is responsible.

Given my responsibility for law enforcement operations and CJIS compliance per the terms of the MOU, I respectfully advise that Christie Messinger shall be removed from all duties related to the 911 agency as related to LEADS, NCIC and CJIS effective immediately and that confirmation of this action be provided in writing no later than close of business on Monday – November 10, 2025.

Thank you for your prompt attention to this matter. Please feel free to contact me directly should you require any further information or clarification.

Thank you,

Jack M. Hall
Lorain County Sheriff



EXHIBIT