

**Wegman HesslerValore**
**✦ THE ART OF LAW**

Nathan E. Hessler
Managing Partner
nehessler@wegmanlaw.com
p 216.642.3342
f 216.642.8826

November 11, 2025

VIA EMAIL jarmbruster@loraincounty.us

Lorain County Board of Commissioners
Lorain County 911
c/o Jeff Armbruster, Administrator
226 Middle Avenue, 4th Floor
Elyria, Ohio 44035

**Re:** **_Formal Request for Removal of Consultant Christie Messinger from Lorain County 911 and CJI Access_**

Commissioners,

This office serves as legal counsel to B4 Health Management, LLC ("B4 Health") and its principal, Christie Messinger, in connection with services provided to the Lorain County Board of Commissioners ("Board") in support of Lorain County 911. B4 Health and Ms. Messinger have supported the Board since 2018 in connection with the Tyler Technologies software utilized to coordinate dispatching and the delivery of emergency services among the various users of Lorain County 911.

We are responding to the letter dated November 7, 2025, from Sheriff, Jack Hall, formally requesting the immediate removal of Christie Messinger from any role, access, or involvement with Lorain County 911. Sheriff Hall bases his request on authority reserved to the Sheriff with respect to ascertaining the qualifications of safety force personnel and imposing restrictions to persons who may access the Law Enforcement Automated Data System (LEADS), the Computerized History Records (CCH), and the Ohio Law Enforcement Gateway System (OHLEG). This authority is derived from the 2011 Memorandum of Understanding where Sheriff Stammitti merged the dispatch services provided at the Sheriff's Communication Center with Lorain County 911 (the "MOU").

Seeking removal of the Board's consultant from "any roll, access, or involvement with Lorain County 911" is beyond the Sheriff's purview under the allocation of authority contained in the MOU. State law enforcement systems like LEADS, CCH, and OHLEG are accessed by agency users who must have approved agency/State credentials. The Tyler Technologies software is not a LEADS system. Ms. Messinger is fully capable of supporting the Tyler Technologies software without approved agency/State database user credentials. The Tyler applications are a communications link between the Tyler application server (CAD, Mobile, etc.) and the State application servers. While the Sheriff may exercise his authority to determine who may become an authorized user of the State database systems, Ms. Messinger does not require access to those database systems to support the Board and continue delivering services on behalf of Lorain County 911 as a consultant. Attached is a communication dated November 9, 2025, from Vesta Broady that explains scope of the Tyler Technologies software. (Exhibit 1).

6055 Rockside Woods Boulevard N., Suite 200, Cleveland, OH 44131
**www.wegmanlaw.com**

Business Services.  Intellectual Property.  Litigation.  Family Law.  Tru



EXHIBIT

D

Lorain County Board of Commissioners
Lorain County 911
c/o Jeff Armbruster, Administrator
November 10, 2025
Page 2

Extending the Sheriff's role from determining the qualifications of safety force personnel authorized to access the State database systems to preventing the Board from utilizing Ms. Messinger's services altogether is a misplaced attempt by the Sheriff to usurp the role of the Board as contracting authority for Lorain County 911.  Section IV (A)(3) of the MOU provides that "[T]he Board shall be the fiscal agent and contracting authority."  Ms. Messinger is fully capable of delivering consulting services to the Board and avoiding restrictions related to accessing LEADS, CCH, and OHLEG data at the same time.  The Board determines with whom to contract, not the Sheriff.

Unfortunately, this is not the only attempt by Sheriff Hall to disrupt the support of the Lorain County 911 system by targeting, discrediting, and harassing B4 Health and Ms. Messinger. In September, Sheriff Hall issued a public records request to Lorain County 911 Director, Rob Berner, when questions arose concerning the dual role of the County Prosecutor's Chief of Staff serving as LASO to the Sheriff's office and seeking access to agency owned information within the Lorain County 911 system.  At that time, we recommended that the Board seek independent legal counsel because of the conflict of interest on the part of the County Prosecutor representing both the Sheriff (the entity seeking public records) and the Board (the party obligated to respond to the public records request); particularly when the issue concerned the dual role of member of the Prosecutor's staff.

Sheriff Hall later issued a "Ban Letter" suspending B4 Health from CJI access to records generated, received or transmitted by the Sheriff's Office.  In October, an investigator on behalf of the Sheriff provided what purports to be a Grand Jury Subpoena issued by the Lorain County Prosecutor seeking records from B4 Health as they continue their fishing expedition to create a basis to deprive the Board of B4 Health as a resource for the Lorian County 911. The Sheriff's November 7th letter is yet another attempt to disrupt services to Lorain County 911 that are clearly under the authority of the Board based on the misplaced premised that support for Tyler Technologies software requires LEADS, CCH and OHLEG user credentials.

We are requesting that the Board exercise its contracting authority and execute the contract proposal for the continued delivery of services by B4 Health.  The most recent version of the contract proposal with an effective date of July 1, 2025, is attached.  B4 Health has continued to deliver services in good faith at the request of the Board pending approval and execution of this contract proposal.  The Statement of Work attached to the contract proposal has been tailored to address the roles of the various parties, including the creation of a Liaison Team to include the Lorain County 911 Director, the Lorain County Administrator, and the Lorain County IT Director.  Project Initiatives have been specifically designated to include (i) Agency Support, (ii) configuration, workflow and documentation for Incident Based Reporting, (iii) configuration and proof of concept for Tyler Technologies software program Brazos, and (iv) the integration of an Arrest Form.  Each of the Project can be executed upon despite the efforts of the Sheriff to unseat B4 Health as a resource to the Board.