

Nathan E. Hessler
Managing Partner
nehessler@wegmanlaw.com
p 216.642.3342
f 216.642.8826

December 5, 2025

**VIA EMAIL: SBOSAK@GMPFIRM.COM**
Stephen M. Bosak, Esq.
Gembala McLaughlin & Pecora
5455 Detroit Road
Sheffield Village, OH 44054

**Re:    *B4 Health Management, LLC ("B4 Health")***

Dear Mr. Bosak,

Confirming our conversation yesterday, in your capacity as outside legal counsel for the Lorain County Board of Commissioners, please accept this letter as notice on behalf of B4 Health to discontinue negotiations on the Consulting Services Agreement related to Lorain County 911. The contract proposal received from Lorain County Deputy Administrator, Karen L. Perkins, on Tuesday December 2, 2025 – to which the Lorain County Prosecutor included a new Article 13 – is rejected. All prior proposals for the provision of consulting services are rescinded. The role of B4 Health as Consultant to Lorain County 911 terminated as of 5:00 p.m. on November 10, 2025, in direct response to Lorain County Sheriff Jack Hall's Formal Request for Removal of Christie Messinger from Lorain County 911 and CJI Access by letter dated November 7, 2025.

Since July, the Lorain County Prosecutor and the Lorain County Sheriff have acted intentionally and deliberately to interfere with and disrupt B4 Health's contractual relationship as a consultant to Lorain County 911. Should there be any question about the measures taken by agents of Lorain County to interfere with the contractual relationship between B4 Health and the Lorain County Board of Commissioners, please refer to my letter directed to the Lorain County Board of Commissioners dated November 10, 2025. We are evaluating the extent to which those efforts are actionable under Ohio law. We are also evaluating the extent to which false statements made by agents of Lorain County have damaged the reputation of B4 Health or any of its employees, officers, or agents.

In my communication confirming to Lorain County Administrator, Jeff Armbruster, that B4 Health and Ms. Messinger would refrain from accessing the Lorain County 911, I also suggested that someone communicate appropriately with the various users of Lorain County 911. It does not appear as if any such communication has been made and Ms. Messinger continues to receive requests from Lorain County 911 users seeking support that the action of the Lorain County Sheriff has prevented B4 Health from addressing. At considerable expense, B4 Health has attempted to work with representatives of Lorain County 911 to address the potential risks to public safety and the efficacy of the 911 system that can occur without proper technical and administrative support.

6055 Rockside Woods Boulevard N., Suite 200, Cleveland, OH 44131
www.wegmanlaw.com

Business Services.  Intellectual Property.  Litigation.  Family Law.  Trust



**EXHIBIT**

Q

Stephen M. Bosak
December 5, 2025
P a g e | 2

Earlier this week, Fox 8 Cleveland published a report entitled "Delays responding to 911 calls in Lorain County – What happened?" See the attached copy of the report. This report has been picked up by other media outlets as well. The proper administration of the Lorain County 911 requires ongoing attention and technical expertise. B4 Health reserves all rights to litigate any false, malicious, or injurious statements, accusations, or insinuation that deficiencies with the Lorain County 911 or any system functionality were caused or contributed to by B4 Health.

In that regard, please also accept this letter as a demand that Lorain County preserve all information that may be relevant to claims related to Lorain County 911, B4 Health, or Christy Messinger, whether in hardcopy (paper) form or as electronically stored information. Please be mindful that relevant information includes, but is not limited to, the following:

- any correspondence, email messages, text messages, chats, communications and transcripts of any video conferences, between anyone acting or purporting to act on behalf of Lorain County 911, the Lorain County Sheriff, the Lorain County Prosecutor, and/or the Lorain County Board of County Commissioners;

- any file metadata that is located on or contained in a computer, on any part of a server, CPU or digital device that has data storage capabilities;

- any notes taken by any employees or agents of Lorain County concerning consulting services provided by B4 Health and the invoice issued by B4 Health;

- any documents or materials received by Lorain County from Tyler Technologies or any other technology expense management service related to Lorain County 911;

- any file metadata associated with any of the information identified in this preservation letter, whether stored on or contained in a free-standing computer, on any part of a server, CPU or digital device that has data storage capabilities;

- Location Servers, including primary and backup devices;

- Remote access hardware; and

- 911 and vendor ticketing systems used for 911 requests, including updates, enhancements, break/fix requests or reports.

The above list is not exhaustive, and Lorain County must preserve all information that is potentially relevant to litigation. Please also understand that the duty to preserve applies to all relevant information that is subject to Lorain County's control regardless of where it may be located. Lorain County is also under a continuing obligation to preserve information relating to this matter, including information that may come into existence after the date of this letter or that may exist now or in the future. Please take any and all reasonable steps necessary to prevent the destruction, loss, override, or modification of relevant data, either intentionally or inadvertently.

Stephen M. Bosak
December 5, 2025
P a g e  | 3

A failure to preserve relevant data may constitute spoliation of evidence, which may subject Lorain County to sanctions. We trust that Lorain County will preserve for the duration of this matter all relevant hard copy documents and electronically stored information. In the event of a dispute arising out of the failure to preserve documents, we will rely on this letter in court as evidence of our request and notice of Lorain County's preservation obligations.

Thank you in advance for your cooperation.

Very truly yours,

WEGMAN HESSLER VALORE

Nathan E. Hessler