# Lorain County Common Pleas Court
## GRAND JURY

**STATE OF OHIO**
PLAINTIFF

VS.

DEFENDANT

TO:    **Name and Address**

| |
|---|
| B4 Health Management, LLC<br>Attn: Nathan E. Hessler |
| 6055 Rockside Woods Boulevard Suite 200 |
| Cleveland, OH 44131 |

**PRECIPE, SUBPOENA AND SHERIFF'S RETURN**

CASE NO._____

Attorney   Lorain County Prosecutor

Atty. for   STATE OF OHIO

PHONE   *SEE CONTACT NUMBER IN DUCES TECUM*

1. **DUCES TECUM:** All contracts and/or agreements with Lorain County for consulting services provided to Lorain County 911 for the period from 1/1/2018 until the present.
2. Any and all invoices, vouchers and payment information submitted to or received from Lorain County for the period from 1/1/2018 until the present
3. Any and all contract and/or agreements with the City of Cleveland for consulting services pertaining to the Motorola Migration Project for the years 2024 and 2025
4. Any and all invoices, vouchers and payment information submitted to or received from the City of Cleveland for the period from 1/1/2024 until the present
5. The names and contact information of all subcontractors and/or employees of B4 Health Management, LLC, who were involved in providing services to Lorain County 911 and/or the City of Cleveland, Ohio, to include a) Full name, b) Role or job title, c) Contact information (phone number, email address, and mailing address), d) Dates of service or involvement and e) Nature of services provided.

Your duty to appear will be relieved upon submitting the above said information to: Inspector Mike Massie Lorain County Sheriff's Office, 9896 Murray Ridge Road Elyria, Ohio 44035, Phone 440-329-3852, Email: mmassie@lcdtf.com Fax 440-328-7713 on or before your scheduled date and time of appearance.

(DISCLOSURE OF ANY OF THIS INFORMATION TO ANY OTHER PERSON THAN THE REQUESTING LAW ENFORCEMENT AGENCY MAY JEOPARDIZE AN ON-GOING INVESTIGATION. IF COMPLIANCE WITH THIS REQUEST MAY RESULT IN A PERMANENT OR TEMPORARY TERMINATION OF SERVICE TO THIS ACCOUNT DESCRIBED ABOVE, OR OTHERWISE ALERT THE SUBSCRIBER OR USER OF THESE ACCOUNTS TO YOUR ACTION TO RELEASE THESE REFERENCED FILES AND RECORDS, PLEASE CONTACT ME BEFORE TAKING SUCH ACTION. PLEASE CALL ME IMMEDIATELY IF THESE RECORDS ARE NO LONGER AVAILABLE OR IF THERE ARE ANY PROBLEMS.)

YOU ARE HEREBY COMMANDED to appear before the Court of Common Pleas within and for the said County of Lorain on the ___23rd___ day of DECEMBER , 2025 , at 9:00 o'clock A.M., and so from day to day until discharged, to testify as a witness on behalf of THE STATE OF OHIO.

PLEASE REPORT TO THE GRAND JURY OFFICE AT THE JUSTICE CENTER, 225 COURT STREET, 3RD FLOOR, ELYRIA, OH 44035. If you have any questions concerning this subpoena, contact the attorney whose name and phone number are listed above.

WITNESS my signature and the seal of said Court at Elyria, Ohio, this ___9___ day of __DEC___, 20_25_

TOM ORLANDO
Clerk of the Court of Common Pleas
Lorain County, Ohio

By: _____
Deputy Clerk

**EXHIBIT**

R