

**Wegman HesslerValore**
**+ THE ART OF LAW**

Nathan E. Hessler
Managing Partner
nehessler@wegmanlaw.com
p 216.642.3342
f 216.642.8826

December 23, 2025

VIA EMAIL: MMasie@lcdtf.com

**Re:    Grand Jury Subpoena Duces Tecum**

Mr. Anthony Cillo
Lorain County Prosecutor
225 Court St., #3
Elyria, Ohio 44035

Mr. Cillo,

In responding to the latest subpoena issued by your office to B4 Health Management, LLC ("B4 Health"), B4 Health states as follows and provides the requested documents where appropriate. Several items are duplicative of requests made in your prior subpoena and requests documents that are already in your possession, or which B4 may not be entitled to release.  B4 Health again objects to these requests.

*1. All contracts and/or agreements with Lorain County for consulting services provided to Lorain County 911 for the period from 1/1/2018 until the present.* present.  As indicated in response to your earlier subpoena, as the County's legal representative, this information is already in your possession.

*2. Any and all invoices, vouchers and payment information submitted or received from Lorain County for the period from 1/1/2018 until the present.* Again, this information is already in your possession.

*3. Any and all contracts and/or agreements with the City of Cleveland for consulting services pertaining to the Motorola Migration Project for the years 2024 and 2025.* This information is available from the City of Cleveland through a public records request, which has already been made by the Lorain County Sheriff's Office. Further, B4 Health's contract may impose restrictions regarding sharing information between it and the City of Cleveland.  Your office can directly obtain the records without requiring B4 Health to confirm with the City of Cleveland what information it is allowed to release.

*4. Any and all invoices, vouchers and payment information submitted to or received from the City of Cleveland for the period from 1/1/2024 until the present.* Again, the Sheriff's office has already made an even broader public records request to the City of Cleveland and that information is either already in the County's possession or soon will

6055 Rockside Woods Boulevard N., Suite 200, Cleveland, OH 44131
www.wegmanlaw.com
Business Services.  Intellectual Property.  Litigation.  Family Law.



**EXHIBIT**

S

Mr. Anthony Cillo
Lorain County Prosecutor
December 23, 2025
Page 2

be.

5. *The names and contact information of all subcontractors and/or employees of B4 Health Management, LLC, who were involved in providing services to Lorain County 911 and/or the City of Cleveland, Ohio, to include a) Full name, b) Role or job title, c) Contact information, d) Dates of service or involvement and e) Nature of services provided.* The name, role or job title, dates of service, and nature of services provided in response to this request for 2024 and 2025 are as follows:

| Name | Title | Dates of Service | Nature of Service |
| --- | --- | --- | --- |
| Jay Foster | Analyst | 10/2024-04/2025 | AVL,EN Config,Schedules and general PM |
| Christie Messinger | Project Manager/Technical/Applications | 2017-11/2025 | All Activities |
| Christopher Spikes | Analyst | 10/2020-01/2025 | AVL, PM for projects, CJIS config |
| Daniel Kumler | Programming | 2021-2022 | Programming, Scripting, and software updates |
| Alexander DePaolo | Intern through Toledo College of Computer Sci | 01/18-04/13/2022 | programming,scripting, DB |
| S&K Innovative Technologie | Programming, Scripting, and software updates | 2022 | Programming, Scripting, and software updates |
| Emma LaFarciola | CJIS, Operations, Workflows | 6/21/2022 | Audits, Dashboards, workflows, manuals |

To the extent that your office needs to contact any of them, they can be contacted through B4 Health's counsel.

Please confirm that this satisfies B4 Health's obligations under the subpoena or if we will need to take this up with a court through a motion to quash.

Very truly yours,

WEGMAN HESSLER VALORE

Nathan E. Hessler

Enclosures