RESOLUTION NO. 26-197

In the matter of amending Resolution No. 26-188, )
Adopted March 24, 2026 approving the Settlement )
Agreement and Release between B4 Health )
Management, LLC and Christie Messinger )        March 27, 2026
(collectively, "Contractor") and the Lorain County )
Board of Commissioners )

WHEREAS, Resolution No. 26-188, adopted March 24, 2026 needs amended for clarification; and

WHEREAS, the Board of Commissioners entered into a Consulting Services Agreement with B4 Health Management, LLC and Christie Messinger on August 27, 2024 to provide consulting services to Lorain County 911; and

WHEREAS, actions taken by the Lorain County Sheriff have made a renewal of the Agreement infeasible, and the parties wish to ensure the Contractor is appropriately paid for services provided and to resolve any and all claims between them; and

WHEREAS, pursuant to Ohio law and authority granted in a Memorandum of Understanding dated August 24, 2011, the administration of Lorain County 911 falls under the authority of Lorain County Board of Commissioners. The Lorain County Board of Commissioners engaged B4 Health to provide consulting services in support of Lorain County 911 from 2017 to November 10, 2025. As the party to the contract, the Lorain County Board of Commissioners confirms that the invoicing from B4 Health for consulting services during that period was submitted in accordance with the contract as supplemented by instructions from the Director of Lorain County 911. Invoices submitted by B4 Health were reviewed and deemed appropriate throughout the consulting period. The Lorain County Board of Commissioners has no objection or concern about B4 Health's invoicing or the time devoted to supporting Lorain County 911 reflected on the invoices and deems the time and amounts invoiced to be appropriate for the time and the work performed; and

WHEREAS, the parties desire to resolve such claims and have come to an agreement; and

WHEREAS, to avoid any potential dispute, the Board of Commissioners desires to supplement Resolution No. 25-797 to reflect that the invoices for services provided by Gembala, McLaughlin & Pecora Co., LPA in this matter will be paid out of the Lorain County General Fund; and

WHEREAS, pursuant to Ohio Revised Code 305.14(A) and 309.09(C), the Board of Commissioners desire to apply to the Lorain County Court of Common Pleas for authorization to employe Gembala, McLaughlin & Pecora Co., LPA to assist the Board with maters regarding the Lorain County sheriff and certain dispatch services and to prosecute or defend any related actions, as appropriate, in which the Board has an interest.

NOW, THEREFORE BE IT RESOLVED, that the Lorain County Commissioners hereby approves and consents to the terms of the attached Settlement Agreement and Release and that any of the Lorain County Commissioners is hereby authorized to sign the Settlement Agreement and Release, evidencing the Board's consent to the term therein.

Motion by Moore, seconded by Riddell. Upon roll call the vote taken thereon, resulted as: Ayes: All; Moore, Riddell & Gallagher / Nays: None
Motion carried.

I, Theresa L. Upton, Clerk to the Lorain County Board of Commissioners do hereby certify that the above Resolution 26-197 is a true copy as it appears in Journal No. 26 on March 27, 2026.

Theresa L. Upton, Clerk

EXHIBIT

U